Ex. 31

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Wednesday, October 17, 2012 12:17 PM |
| **To:** | Abdulhamid Sharif |
| **Subject:** | Fwd: Invitation letters |
| **Attachments:** | Untitled attachment 00043.doc; Untitled attachment 00046.htm |

Abdulhamid,

See the changes in the English letters to be translated and included in the Arabic as well.

Also, rewrite the English as per the changes and make sure the Arabic is the same.

All Arabic letters when finalized should be in PDF.

Txs

Sent from Mansour Al-Tassan (ASASCO) iPad

Begin forwarded message:

> **From:** "Boyamian, Avo" <ABoyamia@SYSTEMS.TEXTRON.com>
> **Date:** October 17, 2012, 9:31:46 EDT
> **To:** Mansour Al-Tassan <altassan@asasco.com>
> **Subject: Invitation letters**
>
> Dear Mansour,
> Thank you for the DRAFT letters of invitation, both in English and Arabic.
> Please see the attached draft letter the English version  that I made some minor modifications in the English version. Will you please make the corresponding modifications in the Arabic translation  and send me the modified Arabic version? Thanks.
> Avo

ASASCO-A002394

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Wednesday, October 17, 2012 8:37 AM |
| **To:** | Abdulhamid Sharif |
| **Subject:** | Fwd: TEXTRON Chairman's Visit to Saudi Arabia - letters Requesting Meetings |

Abdulhamid,

Make the changes in both Arabic and English on all letters as per Avo's notes below.

All Arabic after corrections should be in PDF.

Txs. Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

Begin forwarded message:

> **From:** "Boyamian, Avo" <ABoyamia@SYSTEMS.TEXTRON.com>
> **Date:** October 17, 2012, 8:31:12 EDT
> **To:** Mansour Al-Tassan <altassan@asasco.com>
> **Subject: RE: TEXTRON Chairman's Visit to Saudi Arabia - letters Requesting Meetings**

Dear Mansour,
Thank you. We need to make minor modifications. I can do the changes in English here but the changes in Arabic needs to be done by you. Will contact you after 9:30 AM.
Thanks,
Avo

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Wednesday, October 17, 2012 7:12 AM
**To:** Boyamian, Avo
**Subject:** TEXTRON Chairman's Visit to Saudi Arabia - letters Requesting Meetings

Dear Avo,

Good morning and Greetings from cold Montreal.

Please find attached the letters requesting meetings for TSC Chairman with senior Saudi officials. These officials are listed below:

1- HRH Prince Salman Bin Abdulaziz Al Saud – Crown Prince and Minister of Defense,
2- HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense,
3- HRH Lt. General Prince Khalid Bin Bandar Bin Abdulaziz Al Saud – Commander of Saudi Arabian Land Forces (RSLF),
4- HE Lt. general Mohammed Al Ayesh – Commander Royal Saudi Air Force (RSAF),
5- HE Dr. Mohammed Al Jasser – Minister of Economy and Planning and Head of the Saudi Offset Program,
6- HE Maj. General Dr. Engineer Abdulaziz Al-Hudaithi – Head of Military Industries Corporation (MIC).

The Arabic translation is printed as PDF for your reading and review.

Should you wish to make any changes, please let me know and will be happy to incorporate any changes.

We plan to submit these letters after the Hajj Holidays and will expedite and follow up.

With kindest regards,

Mansour Al-Tassan
Montreal

CONFIDENTIAL
ASASCO-A002395

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Wednesday, October 17, 2012 8:31 AM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: TEXTRON Chairman's Visit to Saudi Arabia - letters Requesting Meetings |

Dear Mansour,
Thank you. We need to make minor modifications. I can do the changes in English here but the changes in Arabic needs to be done by you. Will contact you after 9:30 AM.
Thanks,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Wednesday, October 17, 2012 7:12 AM
**To:** Boyamian, Avo
**Subject:** TEXTRON Chairman's Visit to Saudi Arabia - letters Requesting Meetings

Dear Avo,

Good morning and Greetings from cold Montreal.

Please find attached the letters requesting meetings for TSC Chairman with senior Saudi officials. These officials are listed below:

1- HRH Prince Salman Bin Abdulaziz Al Saud – Crown Prince and Minister of Defense,
2- HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense,
3- HRH Lt. General Prince Khalid Bin Bandar Bin Abdulaziz Al Saud – Commander of Saudi Arabian Land Forces (RSLF),
4- HE Lt. general Mohammed Al Ayesh – Commander Royal Saudi Air Force (RSAF),
5- HE Dr. Mohammed Al Jasser – Minister of Economy and Planning and Head of the Saudi Offset Program,
6- HE Maj. General Dr. Engineer Abdulaziz Al-Hudaithi – Head of Military Industries Corporation (MIC).

The Arabic translation is printed as PDF for your reading and review.

Should you wish to make any changes, please let me know and will be happy to incorporate any changes.

We plan to submit these letters after the Hajj Holidays and will expedite and follow up.

With kindest regards,

Mansour Al-Tassan
Montreal

ASASCO-A002396

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, October 18, 2012 4:32 PM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: TSC Chairman's Visist - Request Meetings / letters |

Dear Mansour,
Thank you.

For your attention; Mr. Scott Donnelly, is the Chairman of Textron Inc. not of Textron Systems. Textron Systems is one of the divisions of Textron Inc. Textron Inc.,
includes Bell Helicopters, Cessna Aircrafts, Textron Systems and several other operating units and divisions.

All the English letters have been corrected and thank you for that; but the Arabic version still needs to be corrected.
Thank you Once again and see you soon in beautiful Boston,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 18, 2012 4:09 PM
**To:** Boyamian, Avo
**Subject:** TSC Chairman's Visist - Request Meetings / letters

Dear Avo,

Please find attached all the letters for requesting meetings in Riyadh for the Chairman of Textron Systems with senior Saudi Officials.

We have incorporated the changes you requested.

With best regards,

Mansour
Montreal

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 17 October, 2012 4:32 PM
**To:** Mansour Al-Tassan
**Subject:** Invitation letters

Dear Mansour,
Thank you for the DRAFT letters of invitation, both in English and Arabic.
Please see the attached draft letter the English version  that I made some minor modifications in the English version. Will you please make the corresponding
modifications in the Arabic translation  and send me the modified Arabic version? Thanks.
Avo

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, October 18, 2012 4:41 PM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: TSC Chairman's Visist - Request Meetings / letters |

THANK YOU

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 18, 2012 4:38 PM
**To:** Boyamian, Avo
**Subject:** RE: TSC Chairman's Visist - Request Meetings / letters

Thank you Avo,

I will make the changes and will send it on Saturday.

See you soon.

Rgds,

Mansour

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 18 October, 2012 11:32 PM
**To:** Mansour Al-Tassan
**Subject:** RE: TSC Chairman's Visist - Request Meetings / letters

Dear Mansour,
Thank you.

For your attention; Mr. Scott Donnelly, is the Chairman of Textron Inc. not of Textron Systems. Textron Systems is one of the divisions of Textron Inc. Textron Inc., includes Bell Helicopters, Cessna Aircrafts, Textron Systems and several other operating units and divisions.

All the English letters have been corrected and thank you for that; but the Arabic version still needs to be corrected.
Thank you Once again and see you soon in beautiful Boston,
Avo

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 18, 2012 4:09 PM
**To:** Boyamian, Avo
**Subject:** TSC Chairman's Visist - Request Meetings / letters

Dear Avo,

Please find attached all the letters for requesting meetings in Riyadh for the Chairman of Textron Systems with senior Saudi Officials.

We have incorporated the changes you requested.

With best regards,

Mansour
Montreal

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 17 October, 2012 4:32 PM
**To:** Mansour Al-Tassan
**Subject:** Invitation letters

Dear Mansour,
Thank you for the DRAFT letters of invitation, both in English and Arabic.
Please see the attached draft letter the English version  that I made some minor modifications in the English version. Will you please make the corresponding modifications in the Arabic translation  and send me the modified Arabic version? Thanks.
Avo

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Saturday, October 20, 2012 9:57 AM |
| **To:** | Avo Boyamian |
| **Subject:** | Fw: TSC Chairman's Visist - Request Meetings / letters |
| **Attachments:** | ولي العهد الأمير سلمان بن عبد العزيز _ طلب دعوة لرئيس تكسترون_18_10_2012.pdf; Lt  General Mohammed Al-Ayesh- Request for Meeting English -18-10-2012.pdf; TSC-HRH Crown Prince Salman Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf; TSC-HRH Prince Khalid Bin Sultan Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf; TSC-MIC - Maj  Gen  Dr  Abdul Aziz Al-Hudaithi- Request for Meeting English -18-10-2012.pdf; TSC-MIC - Maj  Gen  Dr  Abdulaziz Al-Hudaithi- Request for Meeting - ARABIC-18-10-2012.pdf; TSC-Minister of National Economy- Request for Meeting English -18-10-2012.pdf; TSC-RSLF - Lt  Gen  Prince Khalid Bin Bandar Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf; TSC-طلب موعد قائد القوات الجوية.محمد العايش-ARABIC-18-10-2012.pdf; TSC- سمو الأمير خالد بن بندر _ طلب دعوة -ARABIC-18-10-2012.pdf; TSC- طلب موعد مع وزير الاقتصاد والتخطيط.محمد بن سليمان الجاسر-ARABIC-18-10-2012.pdf; الرئيس تكسترون_18_10_2012.pdf; سمو الأمير خالد بن سلطان، نائب وزير الدفاع _ طلب دعوة لرئيس تكسترون_18_10_2012 |

Good morning and greetings from Boston.

Please find attached the letters requesting meetings for the Chairman.

Let me know if any changes.

See you in a bit.

Rgds,

Mansour
Boston
Mansour I. Al-Tassan
Sent via BlackBerry® from ASASCO

---

**From:** "Abdul Hamid" <abdulhamid@asasco.com>
**Date:** Sat, 20 Oct 2012 10:09:27 +0300
**To:** <altassan@asasco.com>
**Subject:** FW: TSC Chairman's Visist - Request Meetings / letters

Dear Sir,
Please find attached after the necessary changes.
Regards,
Abdulhamid

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 18, 2012 11:37 PM
**To:** Abdulhamid Sharif (ASASCO)
**Subject:** FW: TSC Chairman's Visist - Request Meetings / letters

URENT

Abdulhamid,

See the note from Mr. Avo about the Chairman of Textron Inc. change all letters in Arabic to show that Mr. Scott Donnelly is the Chairman of TEXTRON Inc. not Textron Systems.

So, immediately make the changes in the Arabic and put all in in PDF.

Txs. Mansour

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 18 October, 2012 11:32 PM
**To:** Mansour Al-Tassan
**Subject:** RE: TSC Chairman's Visist - Request Meetings / letters

Dear Mansour,
Thank you.

For your attention; Mr. Scott Donnelly, is the Chairman of Textron Inc. not of Textron Systems. Textron Systems is one of the divisions of Textron Inc. Textron Inc., includes Bell Helicopters, Cessna Aircrafts, Textron and several other operating units and divisions.

All the English letters have been corrected and thank you for that; but the Arabic version still needs to be corrected.
Thank you Once again and see you soon in beautiful Boston,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 18, 2012 4:09 PM
**To:** Boyamian, Avo
**Subject:** TSC Chairman's Visist - Request Meetings / letters

Dear Avo,

Please find attached all the letters for requesting meetings in Riyadh for the Chairman of Textron Systems with senior Saudi Officials.

We have incorporated the changes you requested.

With best regards,

Mansour
Montreal

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 17 October, 2012 4:32 PM
**To:** Mansour Al-Tassan
**Subject:** Invitation letters

Dear Mansour,
Thank you for the DRAFT letters of invitation, both in English and Arabic.
Please see the attached draft letter the English version  that I made some minor modifications in the English version. Will you please make the corresponding modifications in the Arabic translation  and send me the modified Arabic version? Thanks.
Avo

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

١٨ أكتوبر ٢٠١٢م

حضرة صاحب السمو الملكي الأمير سلمان بن عبد العزيز آل سعود
ولي العهد ونائب رئيس مجلس الوزراء ووزير الدفاع
وزارة الدفاع
الرياض، المملكة العربية السعودية

**الموضوع:**       طلب موعد مقابلة مع سموكم الكريم

أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا سايتيشن ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسموكم أن **المستر / سكوت دوننلي**   رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل إحترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وانظمة الفضاء. لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.
وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا، ، ، ،

*A. S. Boyamian*

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
E-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                                           ASASCO-A002401



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 18, 2012

**HRH Prince Salman bin Abdul Aziz Al Saud**
Crown Prince, Deputy Premier and Minister of Defense
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:        Request for Meeting**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and regards of all senior members of the board and senior management of TEXTRON Corporation, which is one of the major American defense companies specialized in manufacturing and supplying many advanced systems and weapons to the United States military and to several friendly countries. Textron is a major manufacturer of military and commercial products such as Bell Helicopters, Cessna Aircrafts, Lycoming aircraft engine, Unmanned Air System (UAS), precision smart weapons, security armored vehicles and intelligence software solutions.

Mr. Scott C. Donnelly, Chairman of Textron Inc. will be in Riyadh next November for three days from Friday, November 30 to late morning on Monday, December 03, 2012.

Mr. Scott C. Donnelly is keen to have the pleasure of meeting with Your Highness to discuss subjects of mutual interest and in particular, the latest technology of TEXTRON Corporation in the industry of defense and aerospace.

We would be most privileged to Your Highness to grant him a meeting appointment during the most convenient dates mentioned above.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com


CONFIDENTIAL                                                                    ASASCO-A002402



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems                                                      201 Lowell Street
A Textron Company                                                    Wilmington, MA  01887-2941
                                                                     aboyamia@systems.textron.com
                                                                     Tel:  (978) 657-2992
                                                                      Fax: (978)657-2544


October 18, 2012

**His Excellency Major General Dr. Abdulaziz Al-Hudaithi**
Director General
Military Industries Corporation
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia


**Your Excellency,**

I hope this letter finds you well.

Please allow me to extend the wishes and regards of all senior members of the board and senior management of TEXTRON Corporation, which is one of the major American defense companies specialized in manufacturing and supplying many advanced systems and weapons to the United States military and to several friendly countries. Textron is a major manufacturer of military and commercial products such as Bell Helicopters, Cessna Aircrafts, Lycoming aircraft engine, Unmanned Air System (UAS), precision smart weapons, security armored vehicles and intelligence software solutions.

Mr. Scott C. Donnelly, Chairman of Textron Inc. will be in Riyadh next November for three days from Friday, November 30 to late morning on Monday, December 03, 2012.

Mr. Scott C. Donnelly is keen to have the pleasure of meeting with Your Excellency to discuss subjects of mutual interest and in particular, the latest technology of TEXTRON Corporation in the industry of defense and aerospace.

We would be most privileged to Your Excellency to grant him a meeting appointment during the most convenient dates mentioned above.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

 **Systems**

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 18, 2012

**His Excellency Dr. Mohammed Al-Jasser**
Minister of National Economy and Planning and the Head of Saudi Offset
Ministry of National Economy and Planning
Riyadh, Kingdom of Saudi Arabia

**Your Excellency,**

I hope this letter finds you well.

Please allow me to extend the wishes and regards of all senior members of the board and senior management of TEXTRON Corporation, which is one of the major American defense companies specialized in manufacturing and supplying many advanced systems and weapons to the United States military and to several friendly countries. Textron is a major manufacturer of military and commercial products such as Bell Helicopters, Cessna Aircrafts, Lycoming aircraft engine, Unmanned Air System (UAS), precision smart weapons, security armored vehicles and intelligence software solutions.

Mr. Scott C. Donnelly, Chairman of Textron Inc. will be in Riyadh next November for three days from Friday, November 30 to late morning on Monday, December 03, 2012.

Mr. Scott C. Donnelly is keen to have the pleasure of meeting with Your Excellency to discuss subjects of mutual interest and in particular, the latest technology of TEXTRON Corporation in the industry of defense and aerospace.

We would be most privileged to Your Excellency to grant him a meeting appointment during the most convenient dates mentioned above.

With kind regards,

Respectfully Yours,

*A. S. Boyamian*

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

١٨ أكتوبر ٢٠١٢م

معالي الفريق الطيار الركن محمد بن عبد الله العايش
قائد القوات الجوية
وزارة الدفاع
الرياض، المملكة العربية السعودية

**الموضوع:**        طلب موعد مقابلة مع معاليكم

أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات التقدير والاحترام من رئيس وأعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، وهي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا سايتيشن ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لمعاليكم أن **المستر / سكوت دونلي** رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دونلي إلى إتاحة الفرصة بالتشرف بمقابلة معاليكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء. لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

١٨ أكتوبر ٢٠١٢م

**صاحب السمو الملكي الفريق الركن الأمير خالد بن بندر بن عبد العزيز آل سعود**

قائد القوات البرية الملكية السعودية

وزارة الدفاع

الرياض ، المملكة العربية السعودية

**الموضوع:      طلب موعد مقابلة مع سموكم الكريم**

أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا سايتيشن ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسموكم أن **المستر / سكوت دوننلي**    رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء. لذا ، آمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

*A. S. Boyamian*

أفو بوياميان
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
E-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                                    ASASCO-A002406



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 18, 2012

**His Excellency Lt. General Mohammed Al-Ayesh**
Commander, Royal Saudi Air Force
Royal Saudi Air Force
King Abdul Aziz Road (Old Airport Road)
Riyadh, Kingdom of Saudi Arabia

Subject:          Request for Meeting

**Your Excellency,**

I hope this letter finds you well.

Please allow me to extend the wishes and regards of all senior members of the board and senior management of TEXTRON Corporation, which is one of the major American defense companies specialized in manufacturing and supplying many advanced systems and weapons to the United States military and to several friendly countries. Textron is a major manufacturer of military and commercial products such as Bell Helicopters, Cessna Aircrafts, Lycoming aircraft engine, Unmanned Air System (UAS), precision smart weapons, security armored vehicles and intelligence software solutions.

Mr. Scott C. Donnelly, Chairman of Textron Inc. will be in Riyadh next November for three days from Friday, November 30 to late morning on Monday, December 03, 2012.

Mr. Scott C. Donnelly is keen to have the pleasure of meeting with Your Excellency to discuss subjects of mutual interest and in particular, the latest technology of TEXTRON Corporation in the industry of defense and aerospace.

We would be most privileged to Your Excellency to grant him a meeting appointment during the most convenient dates mentioned above.

With kind regards,

Respectfully Yours,

*A. S. Boyamian*

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                    ASASCO-A002407



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems                                      201 Lowell Street
A Textron Company                                    Wilmington, MA  01887-2941
                                                     aboyamia@systems.textron.com
                                                     Tel:  (978) 657-2992
                                                      Fax: (978)657-2544

October 18, 2012

**HRH Prince Khalid bin Sultan bin Abdul Aziz Al Saud**
Deputy Minister of Defense
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:        Request for Meeting**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and regards of all senior members of the board and senior management of TEXTRON Corporation, which is one of the major American defense companies specialized in manufacturing and supplying many advanced systems and weapons to the United States military and to several friendly countries. Textron is a major manufacturer of military and commercial products such as Bell Helicopters, Cessna Aircrafts, Lycoming aircraft engine, Unmanned Air System (UAS), precision smart weapons, security armored vehicles and intelligence software solutions.

Mr. Scott C. Donnelly, Chairman of Textron Inc. will be in Riyadh next November for three days from Friday, November 30 to late morning on Monday, December 03, 2012.

Mr. Scott C. Donnelly is keen to have the pleasure of meeting with Your Highness to discuss subjects of mutual interest and in particular, the latest technology of TEXTRON Corporation in the industry of defense and aerospace.

We would be most privileged to Your Highness to grant him a meeting appointment during the most convenient dates mentioned above.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

١٨ أكتوبر ٢٠١٢م

<div dir="rtl">

## معالي اللواء ركن الدكتور مهندس عبد العزيز الحديثي

مدير المؤسسة العامة للصناعات الحربية

وزارة الدفاع

الرياض المملكة العربية السعودية

**الموضوع:     طلب موعد مقابلة مع معاليكم**

أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا سايتيشن ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لمعاليكم أن **المستر / سكوت دونلي**  رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دونلي إلى إتاحة الفرصة بالتشرف بمقابلة معاليكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء. لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بويامیان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

</div>

                                                        ASASCO-A002409



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 18, 2012

**HRH Lieutenant General Prince Khalid bin Bandar bin Abdul Aziz Al Saud**
Commander of Royal Saudi Land Forces
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:**        **Request for Meeting**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and regards of all senior members of the board and senior management of TEXTRON Corporation, which is one of the major American defense companies specialized in manufacturing and supplying many advanced systems and weapons to the United States military and to several friendly countries. Textron is a major manufacturer of military and commercial products such as Bell Helicopters, Cessna Aircrafts, Lycoming aircraft engine, Unmanned Air System (UAS), precision smart weapons, security armored vehicles and intelligence software solutions.

Mr. Scott C. Donnelly, Chairman of Textron Inc. will be in Riyadh next November for three days from Friday, November 30 to late morning on Monday, December 03, 2012.

Mr. Scott C. Donnelly is keen to have the pleasure of meeting with Your Highness to discuss subjects of mutual interest and in particular, the latest technology of TEXTRON Corporation in the industry of defense and aerospace.

We would be most privileged to Your Highness to grant him a meeting appointment during the most convenient dates mentioned above.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com


ASASCO-A002410

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

١٨ أكتوبر ٢٠١٢م

معالي الدكتور محمد بن سليمان بن محمد الجاسر
وزير الاقتصاد والتخطيط
وزارة الاقتصاد والتخطيط
الرياض، المملكة العربية السعودية

الموضوع:       طلب موعد مقابلة مع معاليكم

أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات التقدير والاحترام من رئيس وأعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، وهي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا سايتيشن ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن أبدي لمعاليكم أن **المستر / سكوت دونلي**  رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دونلي إلى إتاحة الفرصة بالتشرف بمقابلة معاليكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء. لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

ASASCO-A002411

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

١٨ أكتوبر ٢٠١٢م

**صاحب السمو الملكي الأمير خالد بن سلطان بن عبد العزيز آل سعود**

نائب وزير الدفاع

وزارة الدفاع

الرياض، المملكة العربية السعودية

**الموضوع:        طلب موعد مقابلة مع سموكم الكريم**

أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا سايتيشن ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسموكم أن **المستر / سكوت دوننلي**   رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء. لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا، ، ، ،

أفو بوياميان

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

E-mail: aboyamia@systems.textron.com

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Monday, October 22, 2012 11:14 AM |
| **To:** | altassan@asasco.com |
| **Attachments:** | RSAF-DCS, 10-18-12.docx |

Dear Mansour,

Will you please translate the attached English version into Arabic. To be addressed to:

1. HRH Prince Salman
2. HRH Prince Khalid  Bin Sultan
3. HE Lt General Mohamed Al Ayesh
4. MGen. Fayyad
5. MGen. Ali Al Ghamdi
6. Col. Hussain Al Ousaimi

Thank you.,
Avo

Date:


Lieutenant General Mohammed bin Abdullah Al Ayesh
Commander, Royal Saudi Air Force,
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

Subject: Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition

Dear general Al-Ayesh

I hope this letter finds you well.
Please allow me to extend the wishes and the regards of all senior members of the Board of Textron
Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of
CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300
CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to
offer better contracting options whereby greater savings, better services and better cooperation can be
realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the
following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.


With kind regards

                                              ASASCO-A002414

**From:** Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com>
**Sent:** Monday, October 22, 2012 11:10 AM
**To:** altassan@asasco.com
**Subject:** Visit of Mr  Scott Donnelly (2).docx
**Attachments:** Visit of Mr  Scott Donnelly (2).docx

Dear Mansour,
Please see the attached for your attention.
Thanks,
Avo

**Kingdom of Saudi Arabia**

**Visit of Mr. Scott Donnelly**

**Chairman, President and Chief Executive Officer, Textron Inc.**

**30 November to 3 December 2012**


Official Party:
Mr. Scott Donnelly – Chairman, President and Chief Executive Officer, Textron Inc.
Mr. Kevin Cosgriff -
Mr. Avo Boyamian – Vice President, Middle East Region, Textron Systems Inc.
Mr. Tarek Mekhail – Vice President, Middle East Region, AAI Corporation

Host:
Mr. Mansour Al-Tassan – President of Arab Supply and Services

| <u>Friday, 30 Nov</u> | Event |
|---|---|
| 0930 | Pickup Mr. Mekhail from Marriott Apartments<br>**(2 large SUVs required for this visit)** |
| 0950 | Depart Marriott Apartments to pickup Mr. Al-Tassan |
| 1015 | Pickup Mr. Al-Tassan from residence |
| 1020 | Depart Mr. Al-Tassan from residence<br>(Vehicle 1: Mr. Al-Tassan and Mr. Mekhail)<br>(Vehicle 2: Empty) |
| 1045 | Receiving Party arrives at the VIP Lounge at King Khalid International Airport<br>**(VIP Lounge and Gate access to greet arriving flight needs to be coordinated)** |
| 11:30 | Official Party Arrives on Etihad Airlines flight EY317<br>(Met by Mr. Al-Tassan and Mr. Mekhail) |
| 1135-1210 | Party moves to VIP Lounge for Coffee Ceremony<br>**(ASASCO personnel required to process passport and retrieve luggage)** |
| 1215 | Depart King Khalid International Airport for Intercontinental Hotel<br>(Vehicle 1: Mr. Donnelly, Mr. Al-Tassan and Mr. Boyamian)<br>(Vehicle 2: Mr. Cosgriff and Mr. Mekhail) |
| 1245 - 1300 | Arrive at Intercontinental Hotel (VIP Check in)<br>**(Avo, can you set this up the VIP Check in at the hotel?)** |

ASASCO-A002416

| 1300 – 1830 | Personnel Time |
|---|---|
| | **(It will be hard to set anything up because it is Friday and nothing is open until 1500 at the earliest, but this could be a good time for him to catch up on e-mail)** |

| TBD | Dinner Location TBD |
|---|---|
| | **(This is something you can talk with Mansour…we can eat at the hotel or wherever you guys decided)** |

| 2200 | Personal Time |
|---|---|

**Saturday, 1 Dec**                    **Event**

| 0700 – 0900 | Personal Time |
|---|---|
| 0915 – 0930 | Depart Hotel for Royal Saudi Air force HQ |
| | (Vehicle 1: Mr. Donnelly and Mr. Boyamian) |
| | (Vehicle 2: Mr. Cosgriff and Mr. Mekhail) |
| | (Is Mansour going to the office calls with us) |
| 0930 -1030 | Office call with His Excellency Lt. General Mohammed Al-Ayesh |
| | Commander, Royal Saudi Air Force |
| TBD | Lunch |
| TBD | Dinner |

**Sunday, 2 Dec**                    **Event**

| 0700 – 0900 | Personal Time |
|---|---|
| 0915 – 0930 | Depart Hotel for TBD |
| 0930 -1030 | Office call TBD |
| TBD | Lunch |
| TBD | Dinner |

**Monday, 3 Dec**                    **Event**

| 0700 – 0900 | Personal Time |
|---|---|
| 0915 – 0930 | Depart Hotel for TBD |
| 0930 -1030 | Office call TBD |

                    ASASCO-A002417

| | |
|---|---|
| TBD | Lunch |
| 1930 – 2015 | Depart Hotel for King Khalid International Airport |

1930 – 2015     Depart Hotel for King Khalid International Airport
(Vehicle 1: Mr. Donnelly, Mr. Al-Tassan and Mr. Boyamian)
(Vehicle 2: Mr. Cosgriff and Mr. Mekhail)
**(Please ask Mansour if he can coordinate for the luggage to be taken to the airport and checked-in early prior to you guys arriving at the airport…if not we will have to leave the hotel earlier)**

2015     Official Party Arrives at the VIP Lounge at King Khalid International Airport
**(VIP Lounge and Gate access again need to be coordinated)**

2105     Official Party Departs for Dubai

ASASCO-A002418

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Wednesday, October 24, 2012 12:34 PM |
| **To:** | Avo Boyamian |
| **Subject:** | Fwd: AVO Boyamian Meeting Requests |
| **Attachments:** | Untitled attachment 00028.doc; Untitled attachment 00031.htm; Untitled attachment 00034.pdf; Untitled attachment 00037.htm; Untitled attachment 00040.doc; Untitled attachment 00043.htm; Untitled attachment 00046.pdf; Untitled attachment 00049.htm; Untitled attachment 00052.doc; Untitled attachment 00055.htm; Untitled attachment 00058.pdf; Untitled attachment 00061.htm; Untitled attachment 00064.doc; Untitled attachment 00067.htm; Untitled attachment 00070.pdf; Untitled attachment 00073.htm; Untitled attachment 00076.doc; Untitled attachment 00079.htm; Untitled attachment 00082.pdf; Untitled attachment 00085.htm; Untitled attachment 00088.doc; Untitled attachment 00091.htm; Untitled attachment 00094.pdf; Untitled attachment 00097.htm; TSC-___ ___ _____ ___ _____ -ARABIC-23-10-2012 (2).doc; Untitled attachment 00100.htm; TSC-___ ___ _____ ___ _____ -ARABIC-23-10-2012 (2).pdf; Untitled attachment 00103.htm; TSC-___ ___ _____ ___ _____ -ARABIC-23-10-2012.doc; Untitled attachment 00106.htm; TSC-___ ___ _____ ___ _____ -ARABIC-23-10-2012.pdf; Untitled attachment 00109.htm; Untitled attachment 00112.doc; Untitled attachment 00115.htm; Untitled attachment 00118.pdf; Untitled attachment 00121.htm; Untitled attachment 00124.doc; Untitled attachment 00127.htm; Untitled attachment 00130.pdf; Untitled attachment 00133.htm; Untitled attachment 00136.doc; Untitled attachment 00139.htm; Untitled attachment 00142.pdf; Untitled attachment 00145.htm; Untitled attachment 00148.doc; Untitled attachment 00151.htm; Untitled attachment 00154.pdf; Untitled attachment 00157.htm |

Dear Avo,

Please see the attached and if there is any changes, let me know and I will be happy to make them.

Txs. Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

Begin forwarded message:

> **From:** "Abdul Hamid" <abdulhamid@asasco.com>
> **Date:** October 24, 2012, 11:45:46 EDT
> **To:** <altassan@asasco.com>
> **Subject: AVO Boyamian Meeting Requests**

Dear Sir,
Please find AVO BOYAMIAN Meeting Requests (Arabic, English and Pdf).
Regards,

*Abdul Hamid M. Sharief*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Arabian Support and Services Co. Ltd.
King Faisal Foundation Building
North Tower, 11th Floor
P.O. Box 7238, Riyadh 11462
Kingdom of Saudi Arabia
Tel. #: +966 (1) 463-4466 Ext. 109
Fax #: +966 (1) 463-0743
Mobile #: +966 509015599

CONFIDENTIAL

ASASCO-A002419



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Colonel Hussain Al Ousaimi**
Director, Armaments and Munitions
RSAF Logistics
Royal Saudi Air Force
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:**          **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear Colonel Hussain,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

          ASASCO-A002420



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems                                                          201 Lowell Street
A Textron Company                                                        Wilmington, MA  01887-2941
                                                                         aboyamia@systems.textron.com
                                                                         Tel:  (978) 657-2992
                                                                          Fax: (978)657-2544


October 23, 2012

**HRH Prince Salman bin Abdul Aziz Al Saud**
Crown Prince, Deputy Premier and Minister of Defense
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:          Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron
Systems Corporation.

I will be most privileged if Your Highness would grant us a meeting appointment to discuss RSAF next
acquisition of CBU-105 D/B. As Your Highness appreciates we are currently in the process of
delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF
acquisition, we would like to offer better contracting options whereby greater savings, better services
and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased
to discuss and to propose the following:

1.  Accelerated delivery schedule
2.  In-country technical support at no extra cost to RSAF
3.  Air freight shipment to be included in the purchase price
4.  Industrial Cooperation

I would appreciate receiving Your Highness' confirmation of the meeting at your convenience.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Lt. General Mohammed Al-Ayesh**
Commander, Royal Saudi Air Force
Royal Saudi Air Force
King Abdul Aziz Road (Old Airport Road)
Riyadh, Kingdom of Saudi Arabia

Subject:          **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Al-Ayesh,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron
Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition
of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the
RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition,
we would like to offer better contracting options whereby greater savings, better services and better
cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss
and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Major General Engineer Ali Al Ghamdi**
**Deputy Director of the Royal Saudi Air Force Logistics and Supplies**
Royal Saudi Air Forces
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:**       **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Al-Ghamdi,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23 أكتوبر 2012م

سعادة العقيد حسين العصيمي
مدير إدارة الأسلحة والمدخرات
القوات الجوية الملكية السعودية
وزارة الدفاع
الرياض، المملكة العربية السعودية

**الموضوع :**   طلب مقابلة سعادتكم بشأن الحصول مجدداً على السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر)
**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسعادتكم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن حالياً في طور تسليم قواتكم الجوية 1300 سلاح سي بي يو–105 دي بي بالحساس المنصهر، والذي حصلتم عليه عبر قنوات القوات الجوية الأمريكية – مبيعات الأسلحة للأجانب (FMS). ولحصولكم عليه مجدداً، يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر لمصلحة القوات الجوية الملكية السعودية .

وعند التشرف بلقائكم، يسعدني مناقشة وعرض المواضيع التالية :

1. جدول زمني بتاريخ تسليم معجل
2. الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
3. تضمين مقابل الشحن الجوي في سعر الشراء
4. التعاون الصناعي

CONFIDENTIAL                                    ASASCO-A002424

لذا، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا،،،،

أفو ميان

أفو بوياميان

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

e-mail: aboyamia@systems.textron.com

2

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

☐سعادة اللواء مهندس/ علي الغامدي

نائب رئيس هيئة إمداد وتموين القوات الجوية الملكية السعودية

☐القوات الجوية الملكية السعودية

الرياض، المملكة العربية السعودية

الموضوع:     طلـب مقابلـة سـعادتكم بشـأن الحصـول مجـدداً علـى السـلاح العنقودي المضـاد للمـدرعات والمركبـات (سـلاح سـي بـي يـو-١٠٥ دي بـي بالحسـاس المنصهر)
**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسعادتكم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن حالياً في طور تسليم قواتكم الجوية ١٣٠٠ سـلاح سـي بـي يـو-١٠٥ دي بـي بالحسـاس المنصهر، والذي حصلتم عليه عبر قنوات القـوات الجوية الأمريكيـة – مبيعـات الأسـلحة للأجانب (FMS).  ولحصـولكم عليـه مجـدداً ، يسـعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء سعادتكم، يسعدني مناقشة وعرض المواضيع التالية:

١.     جدول زمني بتاريخ تسليم معجل

٢.     الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية

٣.     تضمين مقابل الشحن الجوي في سعر الشراء

٤.     التعاون الصناعي

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

ASASCO-A002427

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23 أكتوبر 2012م

سعـاد اللـواء الركـن الطيـار فيـاض بـن حامـد الرويـلـي
قائـد قاعـدة الملـك فهـد الجويـة
الطائف، المملكة العربية السعودية

**الـموضـوع:  طلـب مقابلـة سعادتكم بشأن الحصول مجدداً علـى السلاح العنقودي المضاد للمدرعات والمركبـات (سلاح سي بي يو-105 دي بي بالحساس المنصهر)**
**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسعادتكم دوام الصحة والعافية،

كما أرجو أن تسمحوا لي بأن أقدم لسعادتكم أسمى آيـات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلـة سعادتكم والسلام عليكم لمناقشة حصولكم التالي **علـى** السلاح العنقودي المضاد للمدرعات والمركبـات (سلاح سي بي يو-105 دي بي بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon، وكمـا لا يخفى على علمكم الكريم نحن حالياً في طور تسليم قواتكم الجويـة 1300 سلاح سي بي يـو-105 دي بـي بالحسـاس المنصهـر، والـذي حصلتم عليه عبر قنوات القـوات الجويـة الأمريكيـة – مبيعـات الأسلحة للأجانب (FMS).  ولحصولكم عليه مجدداً، يسعدنـا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمـات أفضل كما يمكن تحقيق تعاون أكبر لمصلحة القـوات الجويـة الملكية السعودية.

وعند التشرف بلقاء سعادتكم، يسعدني مناقشة وعرض المواضيع التالية:

1. جدول زمني بتاريخ تسليم معجل
2. الدعم الفني داخل المملكـة بـدون عـبء مالـي علـى القوات الجوية الملكية السعودية
3. تضمين مقابل الشحن الجوي في سعر الشراء
4. التعاون الصناعي

لذا، أمل من سعادتكم التوجيه بتجديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا،،،،

**أفو ميان**

**أفو بوياميان**

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

e-mail: aboyamia@systems.textron.com

2

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

## صاحب السمو الملكي الأمير خالد بن سلطان بن عبد العزيز آل سعود

نائب وزير الدفاع

وزارة الدفاع

الرياض، المملكة العربية السعودية

**الموضوع:**   طلب مقابلة سموكم الكريم بشـأن الحصـول مجدداً علـى السـلاح العنقـودي
المضاد للمدرعات والمركبات (سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر)
**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسموكم الكريم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بـأن أقـدم لسـموكم الكـريم أسمى آيات التقـدير والاحترام مـن رئيس و أعضاء
مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكـل احـترام ، أتطلـع إلى إتاحـة الفرصـة بالتشـرف بمقابلـة سمـوكم الكـريم والسـلام عليكـم لمناقشـة
حصولكم التـالي **على** السـلاح العنقـودي المضاد للمدرعات والمركبات (سـلاح سـي بـي يـو-١٠٥ دي بـي
بالحساس المنصهر)  CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن
حالياً ﻓﻲ طور تسليم قواتكم الجوية  ١٣٠٠  سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر، والذي حصلتم
عليه عبر قنوات القوات الجوية الأمريكية — مبيعات الأسلحة للأجانب (FMS).  ولحصولكم عليه مجدداً ،
يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق
تعاون أكبر لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء سموكم الكريم، يسعدني مناقشة وعرض المواضيع التالية:

١.    جدول زمني بتاريخ تسليم معجل

٢.    الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية

٣.    تضمين مقابل الشحن الجوي ﻓﻲ سعر الشراء

٤.    التعاون الصناعي

CONFIDENTIAL                                    ASASCO-A002430

لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

ASASCO-A002431



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**HRH Prince Salman bin Abdul Aziz Al Saud**
Crown Prince, Deputy Premier and Minister of Defense
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:**          **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if Your Highness would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As Your Highness appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1.  Accelerated delivery schedule
2.  In-country technical support at no extra cost to RSAF
3.  Air freight shipment to be included in the purchase price
4.  Industrial Cooperation

I would appreciate receiving Your Highness' confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA 01887-2941
aboyamia@systems.textron.com
Tel: (978) 657-2992
Fax: (978)657-2544

October 23, 2012

**HRH Prince Khalid bin Sultan bin Abdul Aziz Al Saud**
Deputy Minister of Defense
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:** **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if Your Highness would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As Your Highness appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving Your Highness' confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

ASASCO-A002433



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Major General Engineer Ali Al Ghamdi**
**Deputy Director of the Royal Saudi Air Force Logistics and Supplies**
Royal Saudi Air Forces
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

Subject:  **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Al-Ghamdi,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron
Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition
of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the
RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition,
we would like to offer better contracting options whereby greater savings, better services and better
cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss
and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

            



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Major General Fayyad Al-Roweily**
Commander, King Fahd Air Base in Taif
Taif, Kingdom of Saudi Arabia

**Subject:        Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Fayyad,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

ASASCO-A002435

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23 أكتوبر 2012م

# سعادة اللواء مهندس/ علي الغامدي

نائب رئيس هيئة إمداد وتموين القوات الجوية الملكية السعودية
القوات الجوية الملكية السعودية
الرياض، المملكة العربية السعودية

**الموضوع:   طلب مقابلة سعادتكم بشأن الحصول مجدداً على السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر)**
CBU-105 Sensor D/B Fused Weapon

أتمنى لسعادتكم دوام الصحة والعافية،

كما أرجو أن تسمحوا لي بأن أقدم لكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon، وكما لا يخفى على علمكم الكريم نحن حالياً في طور تسليم قواتكم الجوية 1300 سلاح سي بي يو–105 دي بي بالحساس المنصهر، والذي حصلت عليه عبر قنوات القوات الجوية الأمريكية - مبيعات الأسلحة للأجانب (FMS). ولحصولكم عليه مجدداً، يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء سعادتكم، يسعدني مناقشة وعرض المواضيع التالية:

1. جدول زمني بتاريخ تسليم معجل
2. الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
3. تضمين مقابل الشحن الجوي في سعر الشراء
4. التعاون الصناعي

لذا، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم
الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا،،،،

**أفو ميان**

**أفو بويـاميـان**

نائب الرئيس

لمنطقة الشرق

الأوسط وشمال إفريقيا

e-mail: aboyamia@systems.textron.com

2

ASASCO-A002437

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

معالي الفريق الركن الطيار محمد بن عبد الله العايش
قائد القوات الجوية
وزارة الدفاع
الرياض، المملكة العربية السعودية

الموضوع:        طلب مقابلة معاليكم بشـأن الحصـول مجـدداً علـى السـلاح العنقـودي المضـاد
للمـدرعات والمركبـات (سـلاح سـي بـي يـو-١٠٥ دي بـي بالحسـاس المنصـهر)
CBU-105 Sensor D/B Fused Weapon

أتمنى لمعاليكم دوام الصحة والعافية ،

كمـا أرجـو أن تسـمحوا لـي بـأن أقـدم لمعاليكم أسمى آيات التقـدير والاحـترام مـن رئيس و أعضـاء مجلس
الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكـل احـترام ، أتطلـع إلى إتاحـة الفرصـة بالتشـرف بمقابلـة معاليكم الكـريم والسـلام عليكم لمناقشـة
حصـولكم التـالي **علـى** السـلاح العنقـودي المضـاد للمـدرعات والمركبـات (سـلاح سـي بـي يـو-١٠٥ دي بـي
بالحساس المنصهر)  CBU-105 Sensor D/B Fused Weapon ، وكمـا لا يخفى على علمكم الكـريم نحن
حاليـاً فـي طور تسليم قواتكم الجوية  ١٣٠٠ سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر، والذي حصلتم
عليه عبر قنوات القوات الجوية الأمريكية - مبيعات الأسلحة للأجانب (FMS).  ولحصولكم عليه مجـدداً ،
يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كمـا يمكن تحقيق
تعاون أكبر لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء معاليكم، يسعدني مناقشة وعرض المواضيع التالية:

١.        جدول زمني بتاريخ تسليم معجل
٢.        الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
٣.        تضمين مقابل الشحن الجوي في سعر الشراء
٤.        التعاون الصناعي

لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

ASASCO-A002439

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23 أكتوبر 2012م

صاحب السمو الملكي الأمير خالد بن سلطان بن عبد العزيز آل سعود
نائب وزير الدفاع
وزارة الدفاع
الرياض، المملكة العربية السعودية

الموضوع :   طلب مقابلة سموكم الكريم بشأن الحصول مجدداً على السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر)

**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسموكم الكريم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن حالياً في طور تسليم قواتكم الجوية 1300 سلاح سي بي يو–105 دي بي بالحساس المنصهر، والذي حملتم عليه عبر قنوات القوات الجوية الأمريكية – مبيعات الأسلحة للأجانب (FMS) . ولحصولكم عليه مجدداً، يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر لمصلحة القوات الجوية الملكية السعودية .

وعند التشرف بلقاء سموكم الكريم، يسعدني مناقشة وعرض المواضيع التالية :

1. جدول زمني بتاريخ تسليم معجل
2. الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
3. تضمين مقابل الشحن الجوي في سعر الشراء

<div dir="rtl">

‫.4   التعاون الصناعي‬

‫لذا، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم‬
‫الثمين في الوقت الذي ترونه مناسباً.‬

‫وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا،،،‬

‫أفو ميان‬

‫أفو بوياميان‬

‫نائب الرئيس‬

‫لمنطقة الشرق‬

‫الأوسط وشمال إفريقيا‬

</div>

e-mail: aboyamia@systems.textron.com

2

ASASCO-A002441

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

حضرة صاحب السمو الملكي الأمير سلمان بن عبد العزيز آل سعود

ولي العهد ونائب رئيس مجلس الوزراء ووزير الدفاع

وزارة الدفاع

الرياض، المملكة العربية السعودية

الموضوع:   طلب مقابلة سموكم الكريم بشأن الحصول مجدداً على السلاح العنقودي
المضاد للمدرعات والمركبات (سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر)
**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسموكم الكريم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء
مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة
حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو-١٠٥ دي بي
بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن
حالياً في طور تسليم قواتكم الجوية ١٣٠٠ سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر، والذي حصلتم
عليه عبر قنوات القوات الجوية الأمريكية - مبيعات الأسلحة للأجانب (FMS).  ولحصولكم عليه مجدداً ،
يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق
تعاون أكبر لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء سموكم الكريم، يسعدني مناقشة وعرض المواضيع التالية:

١.   جدول زمني بتاريخ تسليم معجل

٢.   الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية

٣.   تضمين مقابل الشحن الجوي في سعر الشراء

٤.   التعاون الصناعي

لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

                                              ASASCO-A002443



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Colonel Hussain Al Ousaimi**
Director, Armaments and Munitions
RSAF Logistics
Royal Saudi Air Force
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

Subject:        **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear Colonel Hussain,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1.  Accelerated delivery schedule
2.  In-country technical support at no extra cost to RSAF
3.  Air freight shipment to be included in the purchase price
4.  Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems                                                  201 Lowell Street
A Textron Company                                                Wilmington, MA  01887-2941
                                                                 aboyamia@systems.textron.com
                                                                 Tel:  (978) 657-2992
                                                                  Fax: (978)657-2544

October 23, 2012

**HRH Prince Khalid bin Sultan bin Abdul Aziz Al Saud**
Deputy Minister of Defense
Ministry of Defense
Riyadh, Kingdom of Saudi Arabia

**Subject:**           **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Your Royal Highness,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if Your Highness would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As Your Highness appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving Your Highness' confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Lt. General Mohammed Al-Ayesh**
Commander, Royal Saudi Air Force
Royal Saudi Air Force
King Abdul Aziz Road (Old Airport Road)
Riyadh, Kingdom of Saudi Arabia

Subject:        **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Al-Ayesh,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1.   Accelerated delivery schedule
2.   In-country technical support at no extra cost to RSAF
3.   Air freight shipment to be included in the purchase price
4.   Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

                                                      ASASCO-A002446



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems                                                          201 Lowell Street
A Textron Company                                                    Wilmington, MA  01887-2941
                                                                                  aboyamia@systems.textron.com
                                                                                  Tel:  (978) 657-2992
                                                                                   Fax: (978)657-2544

October 23, 2012

**His Excellency Major General Fayyad Al-Roweily**
Commander, King Fahd Air Base in Taif
Taif, Kingdom of Saudi Arabia

**Subject:            Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Fayyad,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1.  Accelerated delivery schedule
2.  In-country technical support at no extra cost to RSAF
3.  Air freight shipment to be included in the purchase price
4.  Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

سعادة العقيد حسين العصيمي
مدير إدارة الأسلحة والمدخرات
القوات الجوية الملكية السعودية
وزارة الدفاع
الرياض، المملكة العربية السعودية

الموضوع:       طلب مقابلة سعادتكم بشأن الحصول مجدداً على السلاح العنقودي المضاد
للمدرعات والمركبات (سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر)
**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسعادتكم دوام الصحة والعافية،

كما أرجو أن تسمحوا لي بأن أقدم لكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة
والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة حصولكم
التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر)
CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن حالياً في طور تسليم
قواتكم الجوية ١٣٠٠ سلاح سي بي يو-١٠٥ دي بي بالحساس المنصهر، والذي حصلتم عليه عبر قنوات
القوات الجوية الأمريكية - مبيعات الأسلحة للأجانب (FMS).  ولحصولكم عليه مجدداً، يسعدنا أن نعرض
عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر
لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقائكم، يسعدني مناقشة وعرض المواضيع التالية:

١.    جدول زمني بتاريخ تسليم معجل
٢.    الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
٣.    تضمين مقابل الشحن الجوي في سعر الشراء
٤.    التعاون الصناعي

                                        ASASCO-A002448

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23 أكتوبـر 2012م

معالـي الفريـق الركـن الطيـار محمـد بـن عبـد الله العايـش
قائـد القـوات الجويـة
وزارة الدفـاع
الريـاض، المملكـة العربيـة السعوديـة

**الموضـوع :   طلب مقابلـة معاليكـم بشأن الحصـول مجـدداً علـى السلاح العنقودي المضاد للمدرعات والمركبـات (سلاح سـي بـي يـو–105 دي بـي بالحسـاس المنصهر)**
**CBU-105 Sensor D/B Fused Weapon**

أتمنـى لمعاليكـم دوام الصحـة والعافيـة ،

كما أرجـو أن تسمحـوا لـي بـأن أقـدم لمعـاليكـم أسمـى آيـات التقديـر والاحتـرام مـن رئيـس و أعضـاء مجلـس الإدارة والإدارة التنفيـذيـة لشركـة تكستـرون سيستمـز كوربوريشـن.

بكـل احتـرام ، أتطلـع إلـى إتاحـة الفرصـة بالتشـرف بمقابلـة معاليكـم الكريـم والسـلام عليكـم لمناقشـة حصولكـم التالـي **علـى** السلاح العنقـودي المضـاد للمدرعـات والمركبـات (سـلاح سـي بـي يـو–105 دي بـي بالحسـاس المنصهـر)  CBU-105 Sensor D/B Fused Weapon ، وكمـا لا يخفـى علـى علمكـم الكريـم نحـن حاليـاً فـي طـور تسليـم قواتكـم الجويـة 1300 سـلاح سـي بـي يـو–105 دي بـي بالحسـاس المنصهـر، والـذي حملتـم عليـه عبـر قنـوات القـوات الجويـة الأمريكيـة – مبيعـات الأسلحـة للأجانـب (FMS) . ولحصولكـم عليـه مجـدداً، يسعدنـا أن نعـرض عليكـم عـروض تعاقديـة أفضـل بتوفيـر أكثـر بكثيـر وخدمـات أفضـل كمـا يمكـن تحقيـق تعـاون أكبـر لمصلحـة القـوات الجويـة الملكيـة السعوديـة .

وعنـد التشـرف بلقـاء معاليكـم، يسعدنـي مناقشـة وعـرض المواضيـع التاليـة :

1.  جدول زمنـي بتاريـخ تسليـم معجـل
2.  الدعـم الفنـي داخـل المملكـة بـدون عبـء مـالي علـى القـوات الجويـة الملكيـة السعوديـة
3.  تضميـن مقابـل الشحـن الجـوي فـي سعـر الشـراء
4.  التعـاون الصنـاعي

لذا، أمل من معـاليكم التوجيـه بتجديـد موعـد مـن وقـتكم الثمين في الـوقت الذي ترونه مناسباً.

وتفضلوا معـاليكم بقبول عظيم تحياتنا واحترامنا،،،،

أفو ميـان

أفو بـيـامـيـان

نائب الرئيس

لمنطقة الشـــرق

الأوسط وشمال إفريقيا

e-mail: aboyamia@systems.textron.com

2

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

سعاد اللواء الركن الطيار فياض بن حامد الرويلي
قائد قاعدة الملك فهد الجوية
الطائف، المملكة العربية السعودية

الموضوع:   طلـب مقابلـة سـعادتكم بشـأن الحصـول مجـدداً علـى السـلاح العنقـودي المضـاد
للمدرعات والمركبـات (سـلاح سـي بـي يـو-١٠٥ دي بـي بالحسـاس المنصـهر)
CBU-105 Sensor D/B Fused Weapon

أتمنى لسعادتكم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بـأن أقـدم لسـعادتكم أسمى آيات التقـدير والاحتـرام مـن رئـيس و أعضـاء مجلـس
الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشـة حصـولكم
التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سـلاح سـي بـي يـو-١٠٥ دي بـي بالحسـاس المنصـهر)
CBU-105 Sensor D/B Fused Weapon ، وكمـا لا يخفى على علمكـم الكـريم نحن حاليـاً في طور تسليم
قواتكم الجوية ١٣٠٠ سـلاح سـي بـي يـو-١٠٥ دي بـي بالحسـاس المنصـهر، والـذي حصـلتم عليـه عبـر قنـوات
القوات الجوية الأمريكيـة - مبيعات الأسلحة للأجانب (FMS).  ولحصـولكم عليـه مجـدداً، يسـعدنا أن نعـرض
عليكم عـروض عـرض تعاقديـة أفضل بتـوفير أكثـر وخـدمات أفضـل كمـا يمكـن تحقيـق تعـاون أكبـر
لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء سعادتكم، يسعدني مناقشة وعرض المواضيع التالية :

١.   جدول زمني بتاريخ تسليم معجل
٢.   الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
٣.   تضمين مقابل الشحن الجوي في سعر الشراء
٤.   التعاون الصناعي

CONFIDENTIAL                                                         ASASCO-A002452

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بويان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

CONFIDENTIAL

ASASCO-A002453

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23  أكتوبر 2012م

حضرة صاحب السمو الملكي الأمير سلمان بن عبد العزيز آل سعود
ولي العهد ونائب رئيس مجلس الوزراء ووزير الدفاع
وزارة الدفاع
الرياض، المملكة العربية السعودية

**الموضوع:   طلب مقابلة سموكم الكريم بشأن الحصول مجدداً على السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر)**

**CBU-105 Sensor D/B Fused Weapon**

أتمنى لسموكم الكريم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–105 دي بي بالحساس المنصهر)  CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن حالياً في طور تسليم قواتكم الجوية  1300  سلاح سي بي يو–105 دي بي بالحساس المنصهر، والذي حملتم عليه عبر قنوات القوات الجوية الأمريكية – مبيعات الأسلحة للأجانب (FMS) .  ولحصولكم عليه مجدداً، يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر لمصلحة القوات الجوية الملكية السعودية .

وعند التشرف بلقاء سموكم الكريم، يسعدني مناقشة وعرض المواضيع التالية :

1. جدول زمني بتاريخ تسليم معجل
2. الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
3. تضمين مقابل الشحن الجوي في سعر الشراء

<div dir="rtl">

4. التعاون الصناعي

لذا، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا،،،

أفو ميان

أفو بوياميان

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

</div>

e-mail: aboyamia@systems.textron.com

2

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Wednesday, October 24, 2012 12:36 PM |
| **To:** | Avo Boyamian |
| **Subject:** | Fwd: TEXTRON Chairman _Request for Meeting |

Dear Avo,

See the letters as modified per your request. I will standby for any changes.
Txs. Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

Begin forwarded message:

**From:** "Abdul Hamid" <abdulhamid@asasco.com>
**Date:** October 24, 2012, 11:09:36 EDT
**To:** <altassan@asasco.com>
**Subject: TEXTRON Chairman _Request for Meeting**

Dear Sir,
Please find attached TEXTRON Chairman request for meeting.
Regards,

*Abdul Hamid M. Sharief*
*************************************
Arabian Support and Services Co. Ltd.
King Faisal Foundation Building
North Tower, 11th Floor
P.O. Box 7238, Riyadh 11462
Kingdom of Saudi Arabia
Tel. #: +966 (1) 463-4466 Ext. 109
Fax #: +966 (1) 463-0743
Mobile #: +966 509015599

<Lt General Mohammed Al-Ayesh- Request for Meeting English -18-10-2012.doc>
<Lt General Mohammed Al-Ayesh- Request for Meeting English -18-10-2012.pdf>
<TSC-HRH Crown Prince Salman Bin Abdulaziz - Request for Meeting _ English -18-10-2012.doc>
<TSC-HRH Crown Prince Salman Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf>
<TSC-HRH Prince Khalid Bin Sultan Bin Abdulaziz - Request for Meeting _ English -18-10-2012.doc>
<TSC-HRH Prince Khalid Bin Sultan Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf>
<TSC-MIC - Maj Gen Dr Abdul Aziz Al-Hudaithi- Request for Meeting English 18-10-2012.doc>
<TSC-MIC - Maj Gen Dr Abdul Aziz Al-Hudaithi- Request for Meeting English 18-10-2012.pdf>
<TSC-MIC - معـالي اللـواء الـركن مهنـدس عبـد العـزيز الحـديثي -ARABIC-18-10-2012.doc>
<TSC-MIC - معـالي اللـواء الـركن مهنـدس عبـد العـزيز الحـديثي -ARABIC-18-10-2012.pdf>
<TSC-Minister of National Economy- Request for Meeting English 18-10-2012.doc>
<TSC-Minister of National Economy- Request for Meeting English 18-10-2012.pdf>
<TSC-RSLF - Lt Gen Prince Khalid Bin Bandar Bin Abdulaziz - Request for Meeting _ English -18-10-2012.doc>
<TSC-RSLF - Lt Gen Prince Khalid Bin Bandar Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf>
<TSC-العـايش محمـد القـوات قائـد موعـد طلـب -ARABIC-18-10-2012.doc>
<TSC-العـايش محمـد القـوات قائـد موعـد طلـب -ARABIC-18-10-2012.pdf>
<TSC-الجاسـر سـليمان بـن محمـد والتخطيط الاقتصـاد وزيـر مـن موعـد طلـب -ARABIC-18-10-2012.doc>
<TSC-الجاسـر سـليمان بـن محمـد والتخطيط الاقتصـاد وزيـر مـن موعـد طلـب -ARABIC-18-10-2012.pdf>
<doc.2012_10_18 تكسـترون لـرئيس دعـوة طلـب _ بنـدر بـن خالـد الأميـر سـمو>
<pdf.2012_10_18 تكسـترون لـرئيس دعـوة طلـب _ بنـدر بـن خالـد الأميـر سـمو>
<وزيـر نائـب سـلطان، بـن خالـد الأميـر سـمو 2012_10_18 تكسـترون لـرئيس _ دعـوة طلـب _ الـدفاع.doc>
<الـدفاع وزيـر نائـب سـلطان، بـن خالـد الأميـر سـمو 2012_10_18 تكسـترون لـرئيس _ دعـوة طلـب _ سـمو.pdf>
<doc.العـزيز عبـد بـن سـلمان الأميـر العهـد ولـي 2012_10_18 تكسـترون لـرئيس دعـوة طلـب _ ولـي العهـد>
<طلـب _ دعـوة لـرئيس تكسـترون 2012_10_18 ولـي العهـد الأميـر سـلمان بـن عبـد العـزيز.pdf>

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Wednesday, October 24, 2012 10:22 AM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: Gen. Al Ghamdi |

Major General Ali Al Ghamdi
RSAF, Deputy Director of Logistics and Supplies

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Wednesday, October 24, 2012 10:12 AM
**To:** Boyamian, Avo
**Subject:** Gen. Al Ghamdi

Hello Avo,
What is the title for General Al-Ghamdi?

**From:** Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com>
**Sent:** Wednesday, October 24, 2012 12:21 PM
**To:** Mansour Al-Tassan
**Subject:** RE: Gen. Al Ghamdi

Dear Mansour,
Shall I expect to receive the Arabic invitation letters today?
Thanks,
avo

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Wednesday, October 24, 2012 10:12 AM
**To:** Boyamian, Avo
**Subject:** Gen. Al Ghamdi

Hello Avo,
What is the title for General Al-Ghamdi?

CONFIDENTIAL

ASASCO-A002458

**From:**        Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com>
**Sent:**        Wednesday, October 24, 2012 1:59 PM
**To:**          Mansour Al-Tassan
**Subject:**     RE: TEXTRON Chairman _Request for Meeting

Dear Mansour,
The copies are not attached. Please forward the attachments.
Thanks,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Wednesday, October 24, 2012 12:36 PM
**To:** Boyamian, Avo
**Subject:** Fwd: TEXTRON Chairman _Request for Meeting

Dear Avo,

See the letters as modified per your request. I will standby for any changes.
Txs. Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

Begin forwarded message:

> **From:** "Abdul Hamid" <abdulhamid@asasco.com>
> **Date:** October 24, 2012, 11:09:36 EDT
> **To:** <altassan@asasco.com>
> **Subject: TEXTRON Chairman _Request for Meeting**

Dear Sir,
Please find attached TEXTRON Chairman request for meeting.
Regards,

*Abdul Hamid M. Sharief*
*********************************
Arabian Support and Services Co. Ltd.
King Faisal Foundation Building
North Tower, 11th Floor
P.O. Box 7238, Riyadh 11462
Kingdom of Saudi Arabia
Tel. #: +966 (1) 463-4466 Ext. 109
Fax #: +966 (1) 463-0743
Mobile #: +966 509015599

<Lt General Mohammed Al-Ayesh- Request for Meeting English -18-10-2012.doc>
<Lt General Mohammed Al-Ayesh- Request for Meeting English -18-10-2012.pdf>
<TSC-HRH Crown Prince Salman Bin Abdulaziz - Request for Meeting _ English -18-10-2012.doc>
<TSC-HRH Crown Prince Salman Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf>
<TSC-HRH Prince Khalid Bin Sultan Bin Abdulaziz - Request for Meeting _ English -18-10-2012.doc>
<TSC-HRH Prince Khalid Bin Sultan Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf>
<TSC-MIC - Maj Gen Dr Abdul Aziz Al-Hudaithi- Request for Meeting English -18-10-2012.doc>
<TSC-MIC - Maj Gen Dr Abdul Aziz Al-Hudaithi- Request for Meeting English -18-10-2012.pdf>
<TSC-MIC - الحـــديثي العـــزيز عبـد مهنـدس الـــدكتور الـركن اللـواء معـالي -ARABIC-18-10-2012.doc>
<TSC-MIC - الحـــديثي العـــزيز عبـد مهنـدس الـــدكتور الـركن اللـواء معـالي -ARABIC-18-10-2012.pdf>
<TSC-Minister of National Economy- Request for Meeting English -18-10-2012.doc>
<TSC-Minister of National Economy- Request for Meeting English -18-10-2012.pdf>
<TSC-RSLF - Lt Gen Prince Khalid Bin Bandar Bin Abdulaziz - Request for Meeting _ English -18-10-2012.doc>
<TSC-RSLF - Lt Gen Prince Khalid Bin Bandar Bin Abdulaziz - Request for Meeting _ English -18-10-2012.pdf>
<TSC-طلب موعد قائد القوات الجويةمحمد العـايش -ARABIC-18-10-2012.doc>
<TSC-طلب موعد قائد القـوات الجويةمحمـد العـايش -ARABIC-18-10-2012.pdf>
<TSC-طلب موعد من وزير الاقتصـاد والتخطيـط محمد بن سـليمان الجاسـر -ARABIC-18-10-2012.doc>
<TSC-طلب موعد من وزير الاقتصـاد والتخطيـط محمد بن سـليمان الجاسـر -ARABIC-18-10-2012.pdf>
<سمو الأمير بـن خالد بـن بنـدر دعوة طلب لـرئيس تكســـترون 2012_10_18_.doc>
<سمو الأمير بـن خالد بـن بنـدر دعوة طلب لـرئيس تكســـترون 2012_10_18_.pdf>
<سمو الأمير بـن خالد بـن سلطان، نائب وزير الـدفاع _ دعوة طلب لـرئيس تكســـترون 2012_10_18_.doc>
<سمو الأمير بـن خالد بـن سلطان، نائب وزير الـدفاع _ دعوة طلب لـرئيس تكســـترون 2012_10_18_.pdf>
<ولي العهد الأمير سلمان بـن عبد العـــزيز _ طلـب دعوة لـرئيس تكســـترون 2012_10_18_.doc>
<ولي العهد الأمير سلمان بـن عبد العـــزيز _ طلـب دعوة لـرئيس تكســـترون 2012_10_18_.pdf>

CONFIDENTIAL                           1                           ASASCO-A002459

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, October 25, 2012 8:44 AM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | FW: Avo's Meetings - HE Lt. Gen. Mohammed Al-Ayesh |
| **Attachments:** | Lt  General Mohammed Al-Ayesh- Request for Meeting English -23-10-2012.doc; Lt  General Mohammed Al-Ayesh- Request for Meeting English -23-10-2012.pdf; TSC-محمد العايش-ARABIC-23-10-2012 (2).doc; TSC- طلب موعد قائد القوات الجوية-محمد العايش طلب موعد قائد القوات الجوية-محمد العايش- ARABIC-23-10-2012 (2).pdf |

Dear Mansour,
Good Morning,

Thank you for the Chairman meeting request letters. I received them all and printed hard copies.

Regarding FMS versus DCS letters, please see the attached modifications I made on the Word version of LtGen. Mohammad Al Ayesh letter. Basically deleting some un-necessary words to make it shorter and brief.

Thanks a lot again,
Will call you later this morning.

Enjoy your stay in beautiful Boston.
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 25, 2012 7:53 AM
**To:** Boyamian, Avo
**Subject:** Avo's Meetings - HE Lt. Gen. Mohammed Al-Ayesh

Your meeting with Lt. gen. Mohammed Al-Ayesh.



**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Lt. General Mohammed Al-Ayesh**
Commander, Royal Saudi Air Force
Royal Saudi Air Force
King Abdul Aziz Road (Old Airport Road)
Riyadh, Kingdom of Saudi Arabia

Subject:          **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Al-Ayesh,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,

Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

                    ASASCO-A002461

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

23 أكتوبر 2012م

معالي الفريق الركن الطيار محمد بن عبد الله
العايش
قائد القوات الجوية
وزارة الدفاع
الرياض، المملكة العربية السعودية

**الموضوع:** طلب مقابلة معاليكم بشأن الحصول مجدداً على
~~السلاح العنقودي المضاد للمدرعات والمركبات~~
~~(سلاح سي بي يو-105 دي بي بالحساس المنصهر)~~
**CBU-105 S~~enso~~r D/B Fused Weapon**

أتمنى لمعاليكم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات
التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة
التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة
معاليكم الكريم والسلام عليكم لمناقشة حصولكم التالي **على**
CBU-105 D/B Sensor Fused Weapon ، وكما لا يخفى على علمكم الكريم
~~السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي~~
~~يو-105 دي بي بالحساس المنصهر) CBU 105 Sensor D/B Fused Weapon .~~
~~وكما لا يخفى على علمكم الكريم~~ نحن حالياً في طور تسليم
قواتكم الجوية 1300 سلاح سي بي يو-105 دي بي بالحساس
المنصهر، والذي حصلتم عليه عبر قنوات القوات الجوية
الأمريكية ~~– مبيعات الأسلحة للأجانب~~(FMS) . ولحصولكم عليه
مجدداً، يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير
أكثر بكثير وخدمات أفضل كما يمكن تحقيق تعاون أكبر
لمصلحة القوات الجوية الملكية السعودية .

وعند التشرف بلقاء معاليكم، يسعدني مناقشة وعرض المواضيع
التالية :

1. جدول زمني بتاريخ تسليم معجل
2. الدعم الفني داخل المملكة بدون عبء مالي على
   القوات الجوية الملكية السعودية
3. تضمين مقابل الشحن الجوي في سعر الشراء
4. التعاون الصناعي

CONFIDENTIAL

لذا، أمل من معـالـيـكم الـتـوجـيـه بـتحديـد مـوعـد مـن وقـتـكم
الـثـمـين في الـوقـت الذي تـرونـه مـنـاسـبـاً.
وتـفـضلـوا مـعـالـيـكم بـقـبـول عظيم تـحيـاتـنـا واحـتـرامـنـا،،،،

أفـو مـيـان

أفـو بـويـامـيـان

نـائـب الـرئـيـس

الأوسط وشمـال إفـريـقـيـا

لـمنطقـة الـشـرق

e-mail: aboyamia@systems.textron.com

2

ASASCO-A002463

 **Systems**

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

October 23, 2012

**His Excellency Lt. General Mohammed Al-Ayesh**
Commander, Royal Saudi Air Force
Royal Saudi Air Force
King Abdul Aziz Road (Old Airport Road)
Riyadh, Kingdom of Saudi Arabia

Subject:        **Request for Meeting to Discuss RSAF new SFW/CBU-105 Acquisition**

**Dear General Al-Ayesh,**

I hope this letter finds you well.

Please allow me to extend the wishes and the regards of all senior members of the Board of Textron Systems Corporation.

I will be most privileged if you would grant us a meeting appointment to discuss RSAF next acquisition of CBU-105 D/B. As your Excellency appreciates we are currently in the process of delivering the RSAF 1300 CBU-105 D/B acquired through FMS channels. However, for the new RSAF acquisition, we would like to offer better contracting options whereby greater savings, better services and better cooperation can be realized for the benefits of RSAF. During our meeting, I will be pleased to discuss and to propose the following:

1. Accelerated delivery schedule
2. In-country technical support at no extra cost to RSAF
3. Air freight shipment to be included in the purchase price
4. Industrial Cooperation

I would appreciate receiving your Excellency's confirmation of the meeting at your convenience.

With kind regards,


Respectfully Yours,

**Avo Boyamian**
Vice President
Middle East and North Africa
e-mail: aboyamia@systems.textron.com

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

٢٣ أكتوبر ٢٠١٢م

معالي الفريق الركن الطيار محمد بن عبد الله العايش
قائد القوات الجوية
وزارة الدفاع
الرياض، المملكة العربية السعودية

الموضوع:       طلب مقابلة معاليكم بشأن الحصول مجدداً على السلاح العنقودي المضاد
للمدرعات والمركبات (سلاح سي بي يو–١٠٥ دي بي بالحساس المنصهر)
CBU-105 Sensor D/B Fused Weapon

أتمنى لمعاليكم دوام الصحة والعافية ،

كما أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس
الإدارة والإدارة التنفيذية لشركة تكسترون سيستمز كوربوريشن.

بكل احترام ، أتطلع إلى إتاحة الفرصة بالتشرف بمقابلة معاليكم الكريم والسلام عليكم لمناقشة
حصولكم التالي **على** السلاح العنقودي المضاد للمدرعات والمركبات (سلاح سي بي يو–١٠٥ دي بي
بالحساس المنصهر) CBU-105 Sensor D/B Fused Weapon ، وكما لا يخفى على علمكم الكريم نحن
حالياً في طور تسليم قواتكم الجوية  ١٣٠٠ سلاح سي بي يو–١٠٥ دي بي بالحساس المنصهر، والذي حصلتم
عليه عبر قنوات القوات الجوية الأمريكية - مبيعات الأسلحة للأجانب (FMS). ولحصولكم عليه مجدداً ،
يسعدنا أن نعرض عليكم عروض تعاقدية أفضل بتوفير أكثر بكثير وخدمات أفضل كما يمكن تحقيق
تعاون أكبر لمصلحة القوات الجوية الملكية السعودية.

وعند التشرف بلقاء معاليكم، يسعدني مناقشة وعرض المواضيع التالية :

١.       جدول زمني بتاريخ تسليم معجل
٢.       الدعم الفني داخل المملكة بدون عبء مالي على القوات الجوية الملكية السعودية
٣.       تضمين مقابل الشحن الجوي في سعر الشراء
٤.       التعاون الصناعي

CONFIDENTIAL                                                    ASASCO-A002465

لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

٢

**From:**      Mansour Al-Tassan <altassan@asasco.com>
**Sent:**      Thursday, October 25, 2012 8:37 AM
**To:**        ABoyamia@SYSTEMS.TEXTRON.com
**Subject:**   Meetings in KSA

Dear Avo,

Good morning and good day.

I sent you several e-mails this morning regarding your meetings and the Chairman's. To make it easy for your review, I put each meeting request in a separate e-mail so, it will be easier for you to review and comments.

I feel these are the correct letters as I have incorporated all the changes you requested, however, should you feel you need to make changes, please feel free to make any changes on each letter and send it back for further changes.

See you this evening.

Rgds,

Mansour

CONFIDENTIAL

ASASCO-A002467

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, October 25, 2012 8:51 AM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: Meetings in KSA |

Dear Mansour,
Thank you. Will do.

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Thursday, October 25, 2012 8:37 AM
**To:** Boyamian, Avo
**Subject:** Meetings in KSA

Dear Avo,

Good morning and good day.

I sent you several e-mails this morning regarding your meetings and the Chairman's. To make it easy for your review, I put each meeting request in a separate e-mail so, it will be easier for you to review and comments.

I feel these are the correct letters as I have incorporated all the changes you requested, however, should you feel you need to make changes, please feel free to make any changes on each letter and send it back for further changes.

See you this evening.

Rgds,

Mansour

CONFIDENTIAL

ASASCO-A002468

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Friday, November 02, 2012 12:25 PM |
| **To:** | ABoyamia@SYSTEMS.TEXTRON.com |
| **Cc:** | Abdulhamid Sharif (ASASCO) (abdulhamid@asasco.com) |
| **Subject:** | Arabic letters - Chairman's Meetings - FINAL |
| **Attachments:** | طلب موعد من وزير الاقتصاد والتخطيط_محمد بن سليمان الجاسر-TSC; TSC-2012-11-04 -ARABIC- معالي اللواء الركن الدكتور مهندس عبد العزيز الحديثي - TSC-MIC pdf.; العقيد حسين العصيمي - مدير إدارة الأسلحة والمخدرات - هيئة إمداد وتموين القوات الجوية - طلب موعد مقابلة مع رئيس مجلس إدارة شركة ARABIC-04-11-2012.pdf; اللواء علي الغامدي نائب رئيس هيئة إمداد وتموين القوات الجوية - طلب موعد مقابلة مع رئيس مجلس إدارة شركة تكسترون - 4 -2012-11-2012م تكسترون _2012-11-4.pdf; اللواء محمد بن سليمان السديس نائب قائد pdf.اللواء فياض الرويلي رئيس هيئة إمداد وتموين القوات الجوية - طلب موعد مقابلة مع رئيس مجلس إدارة شركة تكسترون - 4 -2012-11-2012م طلب موعد مقابلة مع سمو الأمير خالد بن بندر بن عبدالعزيز - قائد pdf.القوات الجوية الملكية السعودية - طلب موعد مقابلة مع رئيس مجلس إدارة شركة تكسترون إنك -2012-11-4م طلب موعد مقابلة مع سمو الأمير خالد بن سلطان، نائب وزير الدفاع _ طلب تكسترون - pdf.القوات البرية الملكية السعودية _ طلب موعد مقابلة لرئيس مجلس الإدارة - 4 - 2012-11-4.pdf;معالي الفريق محمد العايش - قائد القوات الجوية الملكية السعودية - طلب موعد مقابلة لرئيس تكسترون _2012-11-4.pdf;ولي العهد الأمير سلمان بن عبد العزيز _ طلب مقابلة لرئيس تكسترون _ 04-2012-11م.pdf |

Dear Avo,

Please disregard and delete my earlier e-mail on the subject. Please find the final corrected letters with the additions of the following persons:

1.  His Excellency Major General Fayyad Al Roweily
    Director of logistics and Supplies, RSAF

2.  His Excellency Major General Ali Al Ghamdi
    Deputy Director of Logistics and Supplies, RSAF

3.  His Excellency Colonel Hussain Al Ousaimi
    Director of Armaments and Munitions, RSAF

4.  His Excellency Maj. General Mohammed Sulaiman Al Sedais
    Deputy Commander RSAF.

**Abdulhamid: Disregard the e-mail previously sent. Print all with addressed envelopes and wait for my instructions.**

Avo: Please review and advice any changes.

Rgds,

Mansour

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

## سعادة اللواء الركن الدكتور مهندس عبد العزيز الحديثي

مدير المؤسسة العامة للصناعات الحربية

وزارة الدفاع

الرياض المملكة العربية السعودية

### الموضوع:       طلب موعد مقابلة مع معاليكم

أرجو أن تسمحوا لـي بـأن أقـدم لمعاليكم أسمى آيـات التقـدير والاحـترام مـن رئيس و أعضـاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركـات الـدفاع الأمريكيـة المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركـات المصنعة للطائرات العسـكرية والمدنيـة والعموديـة مثل الطوافات (BELL Helicopters) وطائرات سسنا  (Cessna  Aircraft) ومحركـات الطـائرة لايكومنـج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة مـن الأسلحة الذكيـة الدفاعيـة والهجوميـة وعربـات النقـل الحديثـة الدفاعيـة والناقلـة للجنـود وحلـول البرمجيـات الذكية.

يسرني أن ابدي لمعاليكم أن **المستر / سـكوت دوننلـي**  رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسـمبر ٢٠١٢م .

وبكـل احـترام ، يتطلـع المستر سـكوت دوننلـي إلى إتاحـة الفرصـة بالتشـرف بمقابلـة سـعادتكم  والسـلام عليكم لمناقشة الأمـور ذات الاهتمـام المشـترك وعـرض تقنيـات شـركـات تكسـترون كـوربوريشـن في مجـال الدفاع وأنظمة الفضاء.

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الـذي تـرونه مناسـباً خـلال الفـترة المذكورة.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بويامیان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                                                                      ASASCO-A002470

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

معالي الدكتور محمد بن سليمان بن محمد الجاسر
وزير الاقتصاد والتخطيط و رئيس لجنة التوازن الاقتصادي
وزارة الاقتصاد والتخطيط
الرياض، المملكة العربية السعودية

**الموضوع:     طلب موعد مقابلة مع معاليكم**

أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لمعاليكم أن **المستر / سكوت دوننلي**  رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة معاليكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ،

*A. S. Boyamian*

**أفو بويامیان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                              ASASCO-A002471

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

## سعادة العقيد حسين العصيمي

مدير إدارة الأسلحة والمدخرات - هيئة إمداد وتموين القوات الجوية الملكية السعودية

القوات الجوية الملكية السعودية

الرياض المملكة العربية السعودية

**الموضوع:       طلب موعد مقابلة مع سعادتكم.**

أرجو أن تسمحوا لي بأن أقدم لسعادتكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna  Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسعادتكم أن **المستر / سكوت دوننلي**   رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                                      ASASCO-A002472

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

## سعادة اللواء علي الغامدي

نائب رئيس هيئة إمداد وتموين القوات الجوية الملكية السعودية

القوات الجوية الملكية السعودية

الرياض المملكة العربية السعودية

**الموضوع:**      **طلب موعد مقابلة مع سعادتكم.**

أرجو أن تسمحوا لي بأن أقدم لسعادتكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسعادتكم أن **المستر / سكوت دوننلي**   رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                      ASASCO-A002473

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

<div dir="rtl">

## سعادة اللواء الركن طيار فياض بن حامد الرويلي

رئيس هيئة إمداد وتموين القوات الجوية الملكية السعودية

القوات الجوية الملكية السعودية

الرياض المملكة العربية السعودية

## الموضوع:      طلب موعد مقابلة مع سعادتكم.

أرجو أن تسمحوا لي بأن أقدم لسعادتكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna  Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسعادتكم أن **المستر / سكوت دوننلي**   رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بويامیان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

</div>

CONFIDENTIAL                                    ASASCO-A002474

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

# سعادة اللواء الركن طيار محمد بن سليمان السديس

نائب قائد القوات الجوية الملكية السعودية

القوات الجوية الملكية السعودية

الرياض - المملكة العربية السعودية

## الموضوع:      طلب موعد مقابلة مع معاليكم

أرجو أن تسمحوا لي بأن أقدم لسعادتكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسعادتكم أن **المستر / سكوت دوننلي**   رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سعادتكم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من سعادتكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سعادتكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
e-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                                    ASASCO-A002475

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

## صاحب السمو الملكي الفريق الركن الأمير خالد بن بندر بن عبد العزيز آل سعود

قائد القوات البرية الملكية السعودية

وزارة الدفاع

الرياض، المملكة العربية السعودية

## الموضوع:      طلب موعد مقابلة مع سموكم الكريم

أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسموكم أن **المستر / سكوت دوننلي**  رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا، ، ، ،

أفو بوياميان
نائب الرئيس
لمنطقة الشرق الأوسط وشمال إفريقيا
E-mail: aboyamia@systems.textron.com

CONFIDENTIAL                                                          ASASCO-A002476

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

**حضرة صاحب السمو الملكي الأمير خالد بن سلطان بن عبد العزيز آل سعود**

نائب وزير الدفاع

وزارة الدفاع

الرياض، المملكة العربية السعودية

**الموضوع:     طلب موعد مقابلة مع سموكم الكريم**

أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسموكم أن **المستر / سكوت دوننلي** رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا، ، ، ،

*A. S. Boyamian*

أفو بوياميان

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

E-mail: aboyamia@systems.textron.com

 ASASCO-A002477

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

**معالي الفريق الركن طيار محمد بن عبد الله العايش**

قائد القوات الجوية الملكية السعودية

وزارة الدفاع

الرياض، المملكة العربية السعودية

**الموضوع:        طلب موعد مقابلة مع معاليكم**

أرجو أن تسمحوا لي بأن أقدم لمعاليكم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL Helicopters) وطائرات سسنا (Cessna Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لمعاليكم أن **المستر / سكوت دوننلي** رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل احترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة معاليكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وأنظمة الفضاء.

لذا ، أمل من معاليكم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا معاليكم بقبول عظيم تحياتنا واحترامنا ، ، ، ،

**أفو بوياميان**

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

e-mail: aboyamia@systems.textron.com

CONFIDENTIAL

**TEXTRON** Systems

**Avo S. Boyamian**
Vice President Middle East and North Africa
Textron Systems
A Textron Company

201 Lowell Street
Wilmington, MA  01887-2941
aboyamia@systems.textron.com
Tel:  (978) 657-2992
 Fax: (978)657-2544

٤ نوفمبر ٢٠١٢م

حضرة صاحب السمو الملكي الأمير سلمان بن عبد العزيز آل سعود

ولي العهد ونائب رئيس مجلس الوزراء ووزير الدفاع

وزارة الدفاع

الرياض، المملكة العربية السعودية

**الموضوع:**     **طلب موعد مقابلة مع سموكم الكريم**

أرجو أن تسمحوا لي بأن أقدم لسموكم الكريم أسمى آيات التقدير والاحترام من رئيس و أعضاء مجلس الإدارة والإدارة التنفيذية لشركة **تكسترون كوربوريشن** ، و هي واحدة من كبريات شركات الدفاع الأمريكية المتخصصة في تصنيع وتوريد العديد من الأنظمة والأسلحة المتطورة للقوات المسلحة الأمريكية والعديد من جيوش العالم الصديقة كما أنها من كبريات الشركات المصنعة للطائرات العسكرية والمدنية والعمودية مثل الطوافات (BELL  Helicopters) وطائرات سسنا (Cessna  Aircraft) ومحركات الطائرة لايكومنج (Lycoming) والطائرات "المسيرة" (UAS) دون طيار ، بالإضافة إلى مجموعة من التقنيات المتطورة والدقيقة من الأسلحة الذكية الدفاعية والهجومية وعربات النقل الحديثة الدفاعية والناقلة للجنود وحلول البرمجيات الذكية.

يسرني أن ابدي لسموكم أن **المستر / سكوت دوننلي** رئيس مجلس الإدارة لشركة تكسترون إنك. سيقوم بزيارة عمل إلى الرياض خلال شهر نوفمبر القادم في الفترة من يوم الجمعة ٣٠ نوفمبر إلى يوم الاثنين ٣ ديسمبر ٢٠١٢م .

وبكل إحترام ، يتطلع المستر سكوت دوننلي إلى إتاحة الفرصة بالتشرف بمقابلة سموكم الكريم والسلام عليكم لمناقشة الأمور ذات الاهتمام المشترك وعرض تقنيات شركات تكسترون كوربوريشن في مجال الدفاع وانظمة الفضاء.

لذا ، أمل من سموكم الكريم التوجيه بتحديد موعد من وقتكم الثمين في الوقت الذي ترونه مناسباً خلال الفترة المذكورة.

وتفضلوا سموكم الكريم بقبول عظيم تحياتنا واحترامنا ، ، ،

أفو بوياميان

نائب الرئيس

لمنطقة الشرق الأوسط وشمال إفريقيا

E-mail: aboyamia@systems.textron.com

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Monday, November 05, 2012 3:45 PM |
| **To:** | Mansour Al-Tassan; Wallan, Saad F.; fahad@wallanaviation.com |
| **Cc:** | Mekhail, Tarek; Latraverse, Bonnie |
| **Subject:** | Scott Donnelly, Trip to Riyadh |

Dear All,

Greetings;

This is to brief you about the status of Scott Donnelly's trip to Riyadh.

**Itinerary:**
Scott will arrive Abu Dhabi on Tuesday November 27; will stay at Abu Dhabi for 2 working days and will depart Abu Dhabi on Friday November 30th. Will arrive Riyadh on Friday November 30 by Etihad Airlines flt EY317, EAT Riyadh 11:30 am.
Will depart Riyadh on Monday December 3, at 9:05 PM for Dubai, connecting to JFK by Emirates EK 203. In Abu Dhabi Will stay at the Intercontinental Abu Dhabi and in Riyadh, will stay at the Intercontinental Riyadh.

**Appointments**
UAE, I have requested 8 appointments and so far I received 5 confirmations.

KSA
The following appointments have been requested:
1. HRH Prince Salman bin Abdulaziz Al Saud
   Crown Prince, deputy Prime Minster and the Minister of Defense

2. HRH Prince Khalid Bin Sultan bin Abdulaziz Al Saud
   Deputy Minister of Defense

3. HRH Lt.Gen. Prince Khalid bin Bandar bin Abdulaziz Al Saud
   Commander Royal Saudi Land Forces

4. HE Lt.General Mohammed Al Ayesh
   Commander Royal Saudi Air Force

5. HE Major General Mohammed Al Sedais
   Deputy Commander Royal Saudi Air Force

6. HE general Hussain Bin Abdullah Al Gobail
   COS

7. HE Mohammad Al Jasser
   Minister of National Economy and Planning , Head of Saudi Offset

8. HE Major General Dr. Abdulaziz Al Hudaithi
   Director General of Military Industries Corp.

9. HE Major General Fayyadh Al Roweily
   Director of Logistics & Supplies, RSAF

10. HE Major General Ali Al Ghamdi
    Deputy Director of Logistics & Supplies, RSAF

11. HE Colonel Hussain Al Ousaimi
    Head of Armaments and Munitions, RSAF

These requests were sent out on Sunday /Monday of November 4 and 5, 2012. Still expecting to receive confirmation of appointments.

**Logistics**
Tarek Mekhail has put a detailed plan for details of Scott's arrival, transportation, in country movements and departure. Tarek is planning to discuss these details with Mansour Al Tassan.

**Social Activities**
I am looking to Sheikh Mansour and to Sheikhs Saad and Fahad Wallan, for your ideas and suggestions to organize some social activities on the following evenings/nights.
1. Friday evening November 30 ,
2. Saturday evening December 1st
3. Sunday evening December 2nd
4. Monday December 3rd, luncheon reception

On Monday December 3, the departure time Riyadh is at 9:00 PM. It might be very tight for an evening function, but we could have a luncheon reception. Certainly, Scott will appreciate the cooperation and the coordination of tow excellent groups, ASASCO and Wallan in this respect.

Please let me have your thoughts and suggestions ASAP and start making the arrangements. Please let me know how can I support.

Thanks with best regards,
Avo Boyamian

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, November 08, 2012 2:54 PM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | FW: Scott Donnelly, Chairman Textron Inc. Trip to Riyadh |
| **Attachments:** | Scott C Donnelly BIO (2).docx |

Dear Mansour,
FYI, Please see the below attached message I forwarded to Ambassador Adel Al Jubeir and BGen Ahmad Al Qhahtani, the Defense Attaché in Washington.
Avo

**From:** Boyamian, Avo
**Sent:** Thursday, November 08, 2012 2:06 PM
**To:** saudiembassy@aol.com
**Cc:** Saudi Armed Forces Office; airattache.usa@rsaf.gov.sa
**Subject:** FW: Scott Donnelly Textron Inc. Trip to Riyadh

His Excellency Ambassador Adel Al Jubeir,

Greetings

Dear Adel
Hope this message finds you well.

This is to keep you informed that Mr. Scott Donnelly, Chairman and CEO of Textron Inc., will be travelling to Riyadh between Friday November 30th , departing Riyadh on the evening of Monday December 3rd, 2012. Copy of his bio is attached.

I wanted to keep you informed that we have requested meeting appointments for the Chairman with the list of the following Saudi personalities;

**Appointments**

KSA
The following appointments have been requested:
1.  HRH Prince Salman bin Abdulaziz Al Saud
    Crown Prince, deputy Prime Minster and the Minister of Defense

2.  HRH Prince Khalid Bin Sultan bin Abdulaziz Al Saud
    Deputy Minister of Defense

3.  HRH Lt.Gen. Prince Khalid bin Bandar bin Abdulaziz Al Saud
    Commander Royal Saudi Land Forces

4.  HE Lt.General Mohammed Al Ayesh
    Commander Royal Saudi Air Force

5.  HE Major General Mohammed Al Sedais
    Deputy Commander Royal Saudi Air Force

6.  HE general Hussain Bin Abdullah Al Gobail
    COS

7.  HE Mohammad Al Jasser
    Minister of National Economy and Planning , Head of Saudi Offset

8.  HE Major General Dr. Abdulaziz Al Hudaithi
    Director General of Military Industries Corp.

9.  HE Major General Fayyadh Al Roweily
    Director of Logistics & Supplies, RSAF

10. HE Major General Ali Al Ghamdi
    Deputy Director of Logistics & Supplies, RSAF

11. HE Colonel Hussain Al Ousaimi
    Head of Armaments and Munitions, RSAF

These requests were sent out on Sunday /Monday of November 4 and 5, 2012. Still expecting to receive confirmation of appointments.
Please let me know if you have any comments or recommendations to make. Also will appreciate any support your office can give to make this trip a successful and a memorable one.

Please let me  have your thoughts and suggestions.

Thanks with best regards,
Avo Boyamian
Vice President
Textron Systems Corp.

**From:** Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com>
**Sent:** Sunday, November 11, 2012 10:20 PM
**To:** Mansour Al-Tassan
**Subject:** Chairman's Trip

Dear Mansour,
Greetings where ever you are;

By this message I would like to express my concerns regarding lack of readiness for the Chairman's visit to Riyadh. So far the only confirmation of appointment I received is from MIC; still we did not hear from the others; this needs local follow up and you are the one who knows them best.

Next weekend will have a meeting with Scott (the Chairman), to brief him about the status and the details of the trip. Very sincerely, at this stage I am concerned about the Riyadh Portion of the trip unless positive developments happen during this  week.

I am well aware that you have other pressing matters. If you will not be in Riyadh soon and if you will not be able to lead this activity, I understand; I am reaching out to you for your help and assistance. Please advise what are the immediate steps needed to be taken.

Sincerely,
Avo

CONFIDENTIAL

ASASCO-A002482

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Monday, November 12, 2012 3:55 AM |
| **To:** | 'Boyamian, Avo' |
| **Subject:** | RE: Chairman's Trip |

Good morning Avo,

Sorry I missed your call last night as I left my mobile phone at home while we went to dinner with friends.

I am following up on the meetings and should receive some confirmation this week or early next. This morning I called up the office for HRH the Minister of Defense and the minister of Economy and Planning.

I will expedite and keep you fully informed.

Rgds,

Mansour
Paris

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 12 November, 2012 6:20 AM
**To:** Mansour Al-Tassan
**Subject:** Chairman's Trip

Dear Mansour,
Greetings where ever you are;

By this message I would like to express my concerns regarding lack of readiness for the Chairman's visit to Riyadh. So far the only confirmation of appointment I received is from MIC; still we did not hear from the others; this needs local follow up and you are the one who knows them best.

Next weekend will have a meeting with Scott (the Chairman), to brief him about the status and the details of the trip. Very sincerely, at this stage I am concerned about the Riyadh Portion of the trip unless positive developments happen during this  week.

I am well aware that you have other pressing matters. If you will not be in Riyadh soon and if you will not be able to lead this activity, I understand; I am reaching out to you for your help and assistance. Please advise what are the immediate steps needed to be taken.

Sincerely,
Avo

ASASCO-A002483

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Tuesday, November 13, 2012 10:40 AM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | RE: Follow-up Slips w/ Ministry of Defence |

Dear Mansour,

Thank you for the update.

Certainly, I understand the Crown Prince, being busy. However, it is very important to get the appointments, by this weekend,  with,

1.  HRH Prince Khalid Bin Sultan,
2.  HRH LtGen Prince Khalid bin Bandar,
3.  Commander Mohammed Al Ayesh
4.  HE Mohamed  Al Jasser

I will work on the RSAF side from my end.

There will be no **relaxation** till December 4, when everything is done and Scott is pleased.


Regards,

Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 13, 2012 10:14 AM
**To:** Boyamian, Avo
**Subject:** Follow-up Slips w/ Ministry of Defence

Dear Avo,

Good morning. This is to give you an update on my efforts in following up for the meeting appointments with HRH Prince Salman and Prince Khalid Bin Sultan for both the Chairman and yourself.

Officially the requests have been processed as per the slips attached, however, I must follow up personally and religiously to expedite this to get appointments confirmed.

I will be communicating with the head of HRH Protocol office to confirm the meetings. Again, it was hinted this morning that we shouldn't have high hopes for the meeting with HRH Prince Salman due to his busy schedule and as he is more focusing on other affairs than MD's.

**NUSUB: Meeting with Minister of Planning:**

For the Minister of Economy and Planning, I was informed today that this coming Saturday or Sunday, we will be notified after checking the Minister's travel schedule outside KSA.

**This is an update for your information and relaxation.**

Rgds,


Mansour

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Wednesday, November 14, 2012 7:32 AM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | RE: Follow-up Slips w/ Ministry of Defence |

Dear Mansour,
Thank you. I am looking forward to have the confirmation of the meeting appointments.
BR,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Wednesday, November 14, 2012 7:29 AM
**To:** Boyamian, Avo
**Cc:** Mekhail, Tarek
**Subject:** RE: Follow-up Slips w/ Ministry of Defence

Dear Avo and Tarek,

Hoping all well.

This is to update you on the chairman's meeting with HRH Prince Salman, HRH prince Khalid Bin Sultan and HE the Minister of Planning:

**SUB: HRH Prince Salman and HRH prince Khalid Bin Sultan:**

The head of Protocol at the Minister of Defense Office has confirmed to me an hour ago that the request has been processed and the letters are being submitted to both Princes for approval. He asked me to re check with him on Saturday.

**NUSUB: Meeting Request with the Minister of Planning:**

The Head of his office has asked me to re check again with him on Saturday to confirm the meeting.

I am also following up with the meeting request with General Mohammed Al-Ayesh of RSAF.

This is for your kind information.

Rgds,

Mansour

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 13 November, 2012 6:40 PM
**To:** Mansour Al-Tassan
**Cc:** Mekhail, Tarek
**Subject:** RE: Follow-up Slips w/ Ministry of Defence

Dear Mansour,
Thank you for the update.
Certainly, I understand the Crown Prince, being busy. However, it is very important to get the appointments, by this weekend,  with,
1. HRH Prince Khalid Bin Sultan,
2. HRH LtGen Prince Khalid bin Bandar,
3. Commander Mohammed Al Ayesh
4. HE Mohamed  Al Jasser

I will work on the RSAF side from my end.
There will be no **relaxation** till December 4, when everything is done and Scott is pleased.

Regards,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 13, 2012 10:14 AM
**To:** Boyamian, Avo
**Subject:** Follow-up Slips w/ Ministry of Defence

Dear Avo,

Good morning. This is to give you an update on my efforts in following up for the meeting appointments with HRH Prince Salman and Prince Khalid Bin Sultan for both the Chairman and yourself.

Officially the requests have been processed as per the slips attached, however, I must follow up personally and religiously to expedite this to get appointments confirmed.

I will be communicating with the head of HRH Protocol office to confirm the meetings. Again, it was hinted this morning that we shouldn't have high hopes for the meeting with HRH Prince Salman due to his busy schedule and as he is more focusing on other affairs than MD's.

**NUSUB: Meeting with Minister of Planning:**

For the Minister of Economy and Planning, I was informed today that this coming Saturday or Sunday, we will be notified after checking the Minister's travel schedule outside KSA.

This is an update for your information and relaxation.

Rgds,

Mansour

| | | | |
|---|---|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> | | |
| **Sent:** | Friday, November 16, 2012 6:05 AM | | |
| **To:** | ABoyamia@SYSTEMS.TEXTRON.com; Tarek Mekhail (AAI) (tmekhail@aai.textron.com) | | |
| **Subject:** | Brief Statment about the Chairman and Textron | | |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | ABoyamia@SYSTEMS.TEXTRON.com | Read: 11/16/2012 6:24 AM |
| | Tarek Mekhail (AAI) (tmekhail@aai.textron.com) | |

Dear Avo and Tarek,

Good day to you all.

Please provide a very brief statement (4 – 5 lines) about the chairman and Textron Inc. This is normally needed for the Protocol staff to submit to HRH just seconds before the meeting, so, he knows who he will be meeting. You may want to mention that TSC has been contracted to supply the SFW to RSAF under FMS and the its recent demo of the UAS and MD plans to acquire UAS.

As these may be good points of discussion during the meeting other than the usual courtesies.

Txs. Mansour

ASASCO-A002487

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Sunday, November 18, 2012 7:33 PM |
| **To:** | Mansour Al-Tassan; Mekhail, Tarek |
| **Subject:** | RE: MD's Appointments Update |

Dear Mansour,
Thank you.

I will be waiting to hear your news.
Regards,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 18, 2012 10:21 AM
**To:** Boyamian, Avo; Mekhail, Tarek
**Subject:** MD's Appointments Update

Dear Avo and Tarek,

Greetings and Good day.

I was speaking with the Head of Protocol & PR at the Minister's office (Col. Mohammed Al-Ghofaily – I know his father very well Lt. Gen. Saleh Al-Ghofaily) and was informed of the following:

1-  Per the new ruling of HRH Prince Salman directions that any meetings with any company officials must be coursed through the Chief of Staff who will recourse it through the designated Force and in our case will be with RSAF. Likewise, any meetings with diplomats, it will be coursed through the Ministry of Foreign Affairs,
2-  He confirmed that a telegram has been sent last Wednesday to the Chief of Staff office for their inputs for both meetings with the Minister and His deputy,
3-  He indicated that the schedule for HRH Prince Salman is very tight at this time and the meeting may not take place,
4-  He will wait for the Chief of Staff's office inputs for all the meetings – he indicated that it may take few days to get the feedback.

I have insisted with him to try to confirm the meetings with both Princes. He replied that he has to receive the inputs from the Chief of Staff's office as these are the new rules.

Immediately, I called the Head of Public Administration at the Minister's office (Mr. Abdolmohsin A-Shamikh) to check on the appointments, he promised to find out and would call me back in 10-15 minutes. Surely, 10 minutes later, I received a call from Abdolmohsin who confirmed that four telegrams were sent to the Chief of staff's office for their inputs.

To confirm what I have been hearing from both Col. Mohammed and Abdolmohsin, I called the Head of Telegrams office (whom I know for many years) and he confirmed that four telegrams were sent to the Chief of Staff's office – I asked him to do me a favor by expediting and keep me informed.

I am thinking I should try tomorrow to expedite with RSAF but since General Ali Al-Ghamdi is aware of the meetings with both Princes and encouraging such meetings, I would request that you also make an urgent phone call to him or e-mail him to expedite (personally) from his side with General Al-Ayesh's office as I am sure these "famous" four telegrams should be there now or by tomorrow at the latest as a follow up by general Al-Ghamdi would help accelerate the response back to the Chief of Staff and then in turn to the Minister's office. In doing so, you may wish to send copies of the slips referencing the four requests and the letters we submitted to the Minister's office.

To me, this is a complete departure or change of rules from the days of the late HRH Prince Sultan Bin Abdulaziz, however, I guess, this is the way to streamline meetings, discussions and commitments especially with visiting Diplomats and Company's officials.

The good news is the request is under process and being pursued religiously, the bad news is how long it will take to get the inputs.

**NUSUB: Minister of Economy and Planning:**

One of the staff at the Minister's office asked what is the purpose of the meeting with the minister, I said that Mr. Scott Donnelly is the chairman and CEO of Textron Inc. which is a major American Defense Contractor and wish to meet the Minister as a courtesy and especially that he is also the Head of the Saudi Economic Offset which Textron may want to explore with the minister. Apparently, they have been questioned by the minister. They promised to call us as soon as the schedule of the meeting is confirmed.

**Just in case, please keep an eye on your fax and alert your secretary as they normally send a fax when the appointments are confirmed.**

This is for your kind information.

Rgds,

Mansour

| | |
|---|---|
| **From:** | Mansour Al-Tassan <altassan@asasco.com> |
| **Sent:** | Monday, November 19, 2012 2:49 AM |
| **To:** | Boyamian, Avo |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | Re: MD's Appointments Update |

Greetings to you all,

I am following up but no actions as of this morning.

As mentioned, call or send an e-mail to Gen. Ali Al-Ghamdi to expedite and accelerate the response back to the Minister's office or call him up.

Txs. Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 19, 2012, at 1:33, "Boyamian, Avo" <ABoyamia@SYSTEMS.TEXTRON.com> wrote:

> Dear Mansour,
> Thank you.
>
> I will be waiting to hear your news.
> Regards,
> Avo

> **From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
> **Sent:** Sunday, November 18, 2012 10:21 AM
> **To:** Boyamian, Avo; Mekhail, Tarek
> **Subject:** MD's Appointments Update
>
> Dear Avo and Tarek,
>
> Greetings and Good day.
>
> I was speaking with the Head of Protocol & PR at the Minister's office (Col. Mohammed Al-Ghofaily – I know his father very well Lt. Gen. Saleh Al-Ghofaily) and was informed of the following:
>
> 1- Per the new ruling of HRH Prince Salman directions that any meetings with any company officials must be coursed through the Chief of Staff who will recourse it through the designated Force and in our case will be with RSAF. Likewise, any meetings with diplomats, it will be coursed through the Ministry of Foreign Affairs,
> 2- He confirmed that a telegram has been sent last Wednesday to the Chief of Staff office for their inputs for both meetings with the Minister and His deputy,
> 3- He indicated that the schedule for HRH Prince Salman is very tight at this time and the meeting may not take place,
> 4- He will wait for the Chief of Staff's office inputs for all the meetings – he indicated that it may take few days to get the feedback.
>
> I have insisted with him to try to confirm the meetings with both Princes. He replied that he has to receive the inputs from the Chief of Staff's office as these are the new rules.
>
> Immediately, I called the Head of Public Administration at the Minister's office (Mr. Abdolmohsin A-Shamikh) to check on the appointments, he promised to find out and would call me back in 10-15 minutes. Surely, 10 minutes later, I received a call from Abdolmohsin who confirmed that four telegrams were sent to the Chief of staff's office for their inputs.
>
> To confirm what I have been hearing from both Col. Mohammed and Abdolmohsin, I called the Head of Telegrams office (whom I know for many years) and he confirmed that four telegrams were sent to the Chief of Staff's office – I asked him to do me a favor by expediting and keep me informed.
>
> I am thinking I should try tomorrow to expedite with RSAF but since General Ali Al-Ghamdi is aware of the meetings with both Princes and encouraging such meetings, I would request that you also make an urgent phone call to him or e-mail him to expedite (personally) from his side with General Al-Ayesh's office as I am sure these "famous" four telegrams should be there now or by tomorrow at the latest as a follow up by general Al-Ghamdi would help accelerate the response back to the Chief of Staff and then in turn to the Minister's office. In doing so, you may wish to send copies of the slips referencing the four requests and the letters we submitted to the Minister's office.
>
> To me, this is a complete departure or change of rules from the days of the late HRH Prince Sultan Bin Abdulaziz, however, I guess, this is the way to streamline meetings, discussions and commitments especially with visiting Diplomats and Company's officials.
>
> The good news is the request is under process and being pursued religiously, the bad news is how long it will take to get the inputs.
>
> **NUSUB: Minister of Economy and Planning:**
>
> One of the staff at the Minister's office asked what is the purpose of the meeting with the minister, I said that Mr. Scott Donnelly is the chairman and CEO of Textron Inc. which is a major American Defense Contractor and wish to meet the Minister as a courtesy and especially that he is also the Head of the Saudi Economic Offset which Textron may want to explore with the minister. Apparently, they have been questioned by the minister. They promised to call us as soon as the schedule of the meeting is confirmed.
>
> **Just in case, please keep an eye on your fax and alert your secretary as they normally send a fax when the appointments are confirmed.**
>
> This is for your kind information.

Rgds,

Mansour

2

ASASCO-A002490

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Monday, November 19, 2012 8:13 AM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | RE: MD's Appointments Update |

Dear Mansour,
FYI, I am in regular communications with Gen. Ali Al Ghamdi.
His explanation is that, being a military person he cannot contact MOD also he cannot go above and beyond the military hierarchy.

NUSUB: When are you planning to be in Riyadh?

Regards,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Monday, November 19, 2012 2:49 AM
**To:** Boyamian, Avo
**Cc:** Mekhail, Tarek
**Subject:** Re: MD's Appointments Update

Greetings to you all,

I am following up but no actions as of this morning.

As mentioned, call or send an e-mail to Gen. Ali Al-Ghamdi to expedite and accelerate the response back to the Minister's office or call him up.

Txs. Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 19, 2012, at 1:33, "Boyamian, Avo" <ABoyamia@SYSTEMS.TEXTRON.com> wrote:

Dear Mansour,
Thank you.

I will be waiting to hear your news.
Regards,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 18, 2012 10:21 AM
**To:** Boyamian, Avo; Mekhail, Tarek
**Subject:** MD's Appointments Update

Dear Avo and Tarek,

Greetings and Good day.

I was speaking with the Head of Protocol & PR at the Minister's office (Col. Mohammed Al-Ghofaily – I know his father very well Lt. Gen. Saleh Al-Ghofaily) and was informed of the following:

1- Per the new ruling of HRH Prince Salman directions that any meetings with any company officials must be coursed through the Chief of Staff who will recourse it through the designated Force and in our case will be with RSAF. Likewise, any meetings with diplomats, it will be coursed through the Ministry of Foreign Affairs,
2- He confirmed that a telegram has been sent last Wednesday to the Chief of Staff office for their inputs for both meetings with the Minister and His deputy,
3- He indicated that the schedule for HRH Prince Salman is very tight at this time and the meeting may not take place,
4- He will wait for the Chief of Staff's office inputs for all the meetings – he indicated that it may take few days to get the feedback.

I have insisted with him to try to confirm the meetings with both Princes. He replied that he has to receive the inputs from the Chief of Staff's office as these are the new rules.

Immediately, I called the Head of Public Administration at the Minister's office (Mr. Abdolmohsin A-Shamikh) to check on the appointments, he promised to find out and would call me back in 10-15 minutes. Surely, 10 minutes later, I received a call from Abdolmohsin who confirmed that four telegrams were sent to the Chief of staff's office for their inputs.

To confirm what I have been hearing from both Col. Mohammed and Abdolmohsin, I called the Head of Telegrams office (whom I know for many years) and he confirmed that four telegrams were sent to the Chief of Staff's office – I asked him to do me a favor by expediting and keep me informed.

I am thinking I should try tomorrow to expedite with RSAF but since General Ali Al-Ghamdi is aware of the meetings with both Princes and encouraging such meetings, I would request that you also make an urgent phone call to him or e-mail him to expedite (personally) from his side with General Al-Ayesh's office as I am sure these "famous" four telegrams should be there now or by tomorrow at the latest as a follow up by general Al-Ghamdi would help accelerate the response back to the Chief of Staff and then in turn to the Minister's office. In doing so, you may wish to send copies of the slips referencing the four requests and the letters we submitted to the Minister's office.

To me, this is a complete departure or change of rules from the days of the late HRH Prince Sultan Bin Abdulaziz, however, I guess, this is the way to streamline meetings, discussions and commitments especially with visiting Diplomats and Company's officials.

The good news is the request is under process and being pursued religiously, the bad news is how long it will take to get the inputs.

**NUSUB: Minister of Economy and Planning:**

One of the staff at the Minister's office asked what is the purpose of the meeting with the minister, I said that Mr. Scott Donnelly is the chairman and CEO of Textron Inc. which is a major American Defense Contractor and wish to meet the Minister as a courtesy and especially that he is also the Head of the Saudi Economic Offset which Textron may want to explore with the minister. Apparently, they have been questioned by the minister. They promised to call us as soon as the schedule of the meeting is confirmed.

**Just in case, please keep an eye on your fax and alert your secretary as they normally send a fax when the appointments are confirmed.**

This is for your kind information.

Rgds,

Mansour

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Tuesday, November 20, 2012 3:43 PM |
| **To:** | 'altassan@asasco.com'; Boyamian, Avo |
| **Subject:** | Re: Update and Follow Up On Chairman's Visist and Meeting Confirmations. |

Dear Mansour,
My US phone # 4104635629 and my Saudi #0550283320.

Are back in Riyadh? If so I would like to meet.

Regards,
Tarek

---

**From**: Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent**: Tuesday, November 20, 2012 03:38 PM
**To**: Boyamian, Avo
**Cc**: Mekhail, Tarek
**Subject**: RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Dear Avo and Tarek,

Thank you Avo for taking my call and the explanations. Prior to our phone call, I spoke with Saad Al-Wallan (Abo Fahad) and asked him to assist in getting the appointments fixed. I will be communicating with him tomorrow and together put extraordinary efforts in getting these appointments confirmed.

This is for your information,

Dear Tarek: in case we need to speak, please provide me with your mobile phone -  Thank you.

Rgds,


Mansour
**Mobile: Saudi (050 548 1188)**

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 20 November, 2012 10:54 PM
**To:** Mansour Al-Tassan
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Dear Mansour,
I tried to contact you 2 times. Will try again.
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 2:44 PM
**To:** Boyamian, Avo
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hi Avo,

I am back and trying to call you at your office, will try your Cell phone.

Call me when you have a chance,

Rgds,


Mansour

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 20 November, 2012 7:19 PM
**To:** Mansour Al-Tassan
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hi Mansour,
We are going ahead as planned.
Asked Al Waallan's support and making some  progress.

NUSUB: Will you please confirm when you will be back to Riyadh?
Thanks,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 11:09 AM
**To:** Boyamian, Avo
**Subject:** Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Greetings Avo,

                                       ASASCO-A002493

Hoping all well.

Despite all efforts and trying, till now there are no confirmation received and the chances are becoming less due to their internal affairs, new procedures for meetings with company officials and sudden cancelation of appointments.

I am still monitoring the situation but no guarantees to have these appointments confirmed.

Not having confirmed appointments and no guarantee to have, I am of the opinion that you may wish to alter the Chairman's portion of the visit to Saudi Arabia till late February as recommended by Col. Mohammed.

Attached please find my report on the follow up and series of phone calls to get the appointments confirmed.

With best regards,

Mansour

*Please note that I will be away for the next three to four hours so, I will call you as soon as I am back.*

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Tuesday, November 20, 2012 2:54 PM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations. |

Dear Mansour,
I tried to contact you 2 times. Will try again.
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 2:44 PM
**To:** Boyamian, Avo
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hi Avo,

I am back and trying to call you at your office, will try your Cell phone.

Call me when you have a chance,

Rgds,

Mansour

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 20 November, 2012 7:19 PM
**To:** Mansour Al-Tassan
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hi Mansour,
We are going ahead as planned.
Asked Al Waallan's support and making some  progress.

NUSUB: Will you please confirm when you will be back to Riyadh?
Thanks,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 11:09 AM
**To:** Boyamian, Avo
**Subject:** Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Greetings Avo,

Hoping all well.

Despite all efforts and trying, till now there are no confirmation received and the chances are becoming less due to their internal affairs, new procedures for meetings with company officials and sudden cancelation of appointments.

I am still monitoring the situation but no guarantees to have these appointments confirmed.

Not having confirmed appointments and no guarantee to have, I am of the opinion that you may wish to alter the Chairman's portion of the visit to Saudi Arabia till late February as recommended by Col. Mohammed.

Attached please find my report on the follow up and series of phone calls to get the appointments confirmed.

With best regards,

Mansour

*Please note that I will be away for the next three to four hours so, I will call you as soon as I am back.*

CONFIDENTIAL
ASASCO-A002495

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Tuesday, November 20, 2012 11:19 AM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Mekhail, Tarek |
| **Subject:** | RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations. |

Hi Mansour,
We are going ahead as planned.
Asked Al Waallan's support and making some  progress.

NUSUB: Will you please confirm when you will be back to Riyadh?
Thanks,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 11:09 AM
**To:** Boyamian, Avo
**Subject:** Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Greetings Avo,

Hoping all well.

Despite all efforts and trying, till now there are no confirmation received and the chances are becoming less due to their internal affairs, new procedures for meetings with company officials and sudden cancelation of appointments.

I am still monitoring the situation but no guarantees to have these appointments confirmed.

Not having confirmed appointments and no guarantee to have, I am of the opinion that you may wish to alter the Chairman's portion of the visit to Saudi Arabia till late February as recommended by Col. Mohammed.

Attached please find my report on the follow up and series of phone calls to get the appointments confirmed.

With best regards,

Mansour

*Please note that I will be away for the next three to four hours so, I will call you as soon as I am back.*

CONFIDENTIAL

ASASCO-A002496

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Tuesday, November 20, 2012 11:58 PM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Boyamian, Avo; Tomich, John |
| **Subject:** | RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations. |

Hello Mansour,

Thank you for the e-mail…sorry I didn't answer you last night but I had already went to bed.

I am in Riyadh.  I will be leaving to the US in December to spend Christmas with the family.  I will return before the end of December.

Thanks for the offer of your support, your guys at ASASCO have been great; especially with regards to the Demo.  It couldn't have gone any better.

I saw your update to John regarding the detailed break of the Local Service Agreement, I have not seen a copy of it would possible forward me a copy.

Thank you Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 3:54 PM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo
**Subject:** Re: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hello Tarek,

Thank you for sending the mobile phones as I will register them in my phone memory.

I am still in Paris and will be traveling here. Are you in Riyadh or back in the States?

Let"s keep in touch and please feel free to call me when you need anything.

Rgds,

Mansour
Paris

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 20, 2012, at 21:42, "Mekhail, Tarek" <tmekhail@aai.textron.com> wrote:

> Dear Mansour,
> My US phone # 4104635629 and my Saudi #0550283320.
>
> Are back in Riyadh? If so I would like to meet.
>
> Regards,
> Tarek

> ---
> **From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
> **Sent:** Tuesday, November 20, 2012 03:38 PM
> **To:** Boyamian, Avo
> **Cc:** Mekhail, Tarek
> **Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.
>
> Dear Avo and Tarek,
>
> Thank you Avo for taking my call and the explanations. Prior to our phone call, I spoke with Saad Al-Wallan (Abo Fahad) and asked him to assist in getting the appointments fixed. I will be communicating with him tomorrow and together put extraordinary efforts in getting these appointments confirmed.
>
> This is for your information,
>
> Dear Tarek: in case we need to speak, please provide me with your mobile phone -  Thank you.
>
> Rgds,
>
> Mansour
> **Mobile: Saudi (050 548 1188)**

> ---
> **From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.COM]
> **Sent:** 20 November, 2012 10:54 PM

CONFIDENTIAL   1   ASASCO-A002497

**To:** Mansour Al-Tassan
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Dear Mansour,
I tried to contact you 2 times. Will try again.
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 2:44 PM
**To:** Boyamian, Avo
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hi Avo,

I am back and trying to call you at your office, will try your Cell phone.

Call me when you have a chance,

Rgds,

Mansour

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 20 November, 2012 7:19 PM
**To:** Mansour Al-Tassan
**Cc:** Mekhail, Tarek
**Subject:** RE: Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Hi Mansour,
We are going ahead as planned.
Asked Al Waallan's support and making some  progress.

NUSUB: Will you please confirm when you will be back to Riyadh?
Thanks,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Tuesday, November 20, 2012 11:09 AM
**To:** Boyamian, Avo
**Subject:** Update and Follow Up On Chairman's Visist and Meeting Confirmations.

Greetings Avo,

Hoping all well.

Despite all efforts and trying, till now there are no confirmation received and the chances are becoming less due to their internal affairs, new procedures for meetings with company officials and sudden cancelation of appointments.

I am still monitoring the situation but no guarantees to have these appointments confirmed.

Not having confirmed appointments and no guarantee to have, I am of the opinion that you may wish to alter the Chairman's portion of the visit to Saudi Arabia till late February as recommended by Col. Mohammed.

Attached please find my report on the follow up and series of phone calls to get the appointments confirmed.

With best regards,

Mansour

*Please note that I will be away for the next three to four hours so, I will call you as soon as I am back.*

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Saturday, November 24, 2012 11:55 PM |
| **To:** | fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan |
| **Cc:** | Boyamian, Avo |
| **Subject:** | Chairman's Visit |

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Sunday, November 25, 2012 11:46 PM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | Boyamian, Avo; Wallan, Saad F.; fahad@wallanaviation.com |
| **Subject:** | RE: Chairman's Visit |
| **Attachments:** | Visit of Mr. Scott Donnelly.docx |

Mansour,
Thanks for the update. Attached is a copy of the latest itinerary for Scott's visit…I will continue to update this as information comes in.

I think we need to pay particular attention to Sunday 2 Dec…we have no appointment that day thus far. We may want to consider the meeting General Hamad Al-Sugair of the Economic Offset on Sunday…your thoughts?

Again Thank you all for your support.

Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:59 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

CONFIDENTIAL

ASASCO-A002501

**Draft as of 25 Nov 12**

**Kingdom of Saudi Arabia**

**Visit of Mr. Scott Donnelly**

**Chairman, President and Chief Executive Officer, Textron Inc.**

**30 November to 3 December 2012**

Official Party:
Mr. Scott Donnelly – Chairman, President and Chief Executive Officer, Textron Inc.
Mr. Avo Boyamian – Vice President, Middle East Region, Textron Systems Inc.
Mr. Tarek Mekhail – Vice President, Middle East Region, AAI Corporation

Host:
Mr. Mansour Al-Tassan – President of Arab Supply and Services Corporation
Mr. Saad Al-Wallan – President of Al-Wallan Corporation

| **Friday, 30 Nov** | **Event** |
|---|---|
| 1115 | Pickup Mr. Mekhail from Marriott Apartments |
| | (VIP Vehicle: Mr. Mekhail) |
| | |
| 1200 | Receiving Party arrives at the VIP Lounge at King Khalid International Airport |
| | Private Aviation Terminal (Aircraft Call Sign: N96RX) |
| | Crew: Capt.  Charles C  Feaga Cell# +966500041855 |
| | Capt. Claudio Varo Cell# +966 500109798 |
| | |
| 12:30 | Official Party Arrives at Private Aviation |
| | (Met by Mr. Mekhail) |
| | |
| 1235 – 1250 | Party moves to VIP Lounge |
| | <span style="color:red">**(Personnel required to processes passports and retrieve luggage)**</span> |
| | |
| 1250 | Depart Airport for Intercontinental Hotel |
| | (VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail) |
| | |
| 1315 | Arrive at Intercontinental Hotel (VIP Check in) |
| | |
| 1315 – 1400 | Personnel Time |
| | |
| 1400 | Depart Hotel for Late Lunch/Early Dinner |

ASASCO-A002502

(VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail)
Location:  Mr. Saad Al-Wallan's Residence

1430 - 1830          Late Lunch/Early Dinner with Mr. Saad Al-Wallan

1830                 Depart Mr. Saad Al-Wallan's Residence for Hotel
(VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail)

1900 - TBD           Personal Time


**Saturday, 1 Dec**               **Event**
0700 – 0900          Personal Time (Breakfast)

0915 – 0930          Depart Hotel for Royal Saudi Air Force (RSAF) Headquarters
(VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail)

1000 – 1100          Office call with HE Lieutenant General Mohammed Al Ayesh
Commander Royal Saudi Air Force

TBD                  Lunch

TBD                  Depart Hotel for Royal Saudi Land Forces (RSLF) Headquarters
(VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail)

TBD                  HRH Lieutenant Gen. Prince Khalid bin Bandar bin Abdulaziz Al Saud
Commander Royal Saudi Land Forces

TBD                  Dinner


**Sunday, 2 Dec**                 **Event**
0700 – 0900          Personal Time

0915 – 0930          Depart Hotel for TBD

0930 – 1030          Office call TBD

TBD                  Lunch

TBD                  Dinner


**Monday, 3 Dec**                 **Event**
0700 – 0900          Personal Time

0915                 Depart Hotel for Military Industrial Corporation (MIC)


CONFIDENTIAL                                  ASASCO-A002503

|  | (VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail) |
|---|---|
| 1000 – 1100 | Office Call with HE Major General Dr. Abdulaziz Al Hudaithi<br>     Director General of Military Industrial Corporation |
| 1100 | Depart MIC HQ for Hotel |
| 1145 – 1230 | Lunch TBD |
| 1230 | Depart Hotel for Royal Saudi Air Force (RSAF) Headquarters<br>     (VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian and Mr. Mekhail) |
| 1300 – 1400 | Office call with RSAF Maj Gen Fayyadh Al-Roweily, Maj Gen Ali Al-Ghamdi and other RSAF Logistics officers |
| 1930 – 2015 | Depart Hotel for King Khalid International Airport<br>     (VIP Vehicle 1: Mr. Donnelly, Mr. Boyamian, and Mr. Mekhail) |
| 2015 | Official Party Arrives at the VIP Lounge at King Khalid International Airport Private Aviation |
| 2105 | Official Party Departs for Dubai |

CONFIDENTIAL

**From:** Boyle, Thomas <tboyle@systems.textron.com>
**Sent:** Sunday, November 25, 2012 5:34 PM
**To:** Boyamian, Avo; 'altassan@asasco.com'; Mekhail, Tarek
**Cc:** Wallan, Saad F.
**Subject:** Re: Chairman's Visit

Avo

I will ask for the meeting based on your requested schedule.

Tom.

Tom

---

**From:** Boyamian, Avo
**Sent**: Sunday, November 25, 2012 10:04 AM
**To**: Mansour Al-Tassan <altassan@asasco.com>; Mekhail, Tarek
**Cc**: Wallan, Saad F.; Boyle, Thomas
**Subject**: RE: Chairman's Visit

Gentlemen,

Greetings,
Thanks for your good efforts and thanks for the meeting appointment with Lt. General Al Ayesh.
I will be looking forward to receive confirmations for the others as well.

This is to confirm that I received a letter from Dr. Mohammad Al Jassir, apologizing for not being able to meet with Mr. Donnelly and suggesting that we meet with MGen. ( R ) Hammad Al Sughair. I asked Tom Boyle to set up the meeting appointment. Will keep you posted when the appointment is confirmed.

Thank you Once again,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:59 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan

ASASCO-A002505

**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

CONFIDENTIAL

ASASCO-A002506

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Sunday, November 25, 2012 10:04 AM |
| **To:** | Mansour Al-Tassan; Mekhail, Tarek |
| **Cc:** | Wallan, Saad F.; Boyle, Thomas |
| **Subject:** | RE: Chairman's Visit |

Gentlemen,

Greetings,
Thanks for your good efforts and thanks for the meeting appointment with Lt. General Al Ayesh.
I will be looking forward to receive confirmations for the others as well.

This is to confirm that I received a letter from Dr. Mohammad Al Jassir, apologizing for not being able to meet with Mr. Donnelly and suggesting that we meet with MGen. ( R ) Hammad Al Sughair. I asked Tom Boyle to set up the meeting appointment. Will keep you posted when the appointment is confirmed.

Thank you Once again,
Avo

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:59 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045

CONFIDENTIAL

ASASCO-A002508

| From: | Mansour Al-Tassan <altassan@asasco.com> |
|---|---|
| Sent: | Sunday, November 25, 2012 6:59 AM |
| To: | 'Mekhail, Tarek' |
| Cc: | 'Boyamian, Avo'; 'Saad Wallan (saad@wallanaviation.com) |
| Subject: | RE: Chairman's Visit |
| Attachments: | HE the Minister of Econ & Planning Response _Mr. Al Jasser Response.pdf |

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الاقتصاد والتخطيط
مكتب الوزير
(٢٦٨)

الرقم: ٦-و-٣٤
التاريخ: ١٤٣٤/٠١/١٠ هـ
المرفقات: بدون

سعادة السيد/ أقوبويامیان
نائب الرئيس لمنطقة الشرق الأوسط وشمال أفريقيا
شركة تكسترون كوربوريشن

بعد التحية.

إشارة إلى خطابكم المؤرخ في ١٠ نوفمبر ٢٠١٣م الموجه لمعالي وزير الاقتصاد
والتخطيط ورئيس لجنة التوازن الاقتصادي، بشأن رغبة السيد/ سكوت دوننلي، رئيس مجلس
إدارة شركة تكسترون مقابلة معالي الوزير لمناقشة الأمور ذات الاهتمام المشترك وعرض
تقنيات شركات تكسترون في مجال الدفاع وأنظمة الفضاء، وذلك خلال فترة زيارته للمملكة
من ٣٠ نوفمبر إلى ٣ ديسمبر ٢٠١٢م.

أود أن أنقل لكم شكر معالي الوزير وتقديره للسيد/ دوننلي لحرصه على اطلاع معاليه
على أعمال الشركة وتقنياتها في مجال الدفاع وأنظمة الفضاء، ومناقشة الأمور ذات الاهتمام
المشترك، إلا أنه نظراً لارتباطات معاليه المسبقة، فإنه يتعذر تحديد موعد لإتمام هذه المقابلة
خلال فترة الزيارة، وقد وجه معاليه سعادة سكرتير لجنة التوازن الاقتصادي اللواء المهندس
(م)/ حمد الصقير بمقابلة السيد/ دوننلي في حال رغبته بذلك.

وتقبلوا أطيب تحياتي.

المشرف العام على مكتب
وزير الاقتصاد والتخطيط



أحمد بن عبدالعزيز السيف

CONFIDENTIAL                    ASASCO-A002510

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Monday, November 26, 2012 10:19 AM |
| **To:** | Mansour Al-Tassan |
| **Cc:** | abdulhamid@asasco.com |
| **Subject:** | FW: Meeting with Minister of defense and/or His Depuaty |

FYA

**From:** Boyamian, Avo
**Sent:** Monday, November 26, 2012 8:18 AM
**To:** Mansour Al-Tassan; Mekhail, Tarek
**Subject:** RE: Meeting with Minister of defense and/or His Depuaty

Discussion Points with  HRH:
1. UAS Program with local manufacturing in the KSA
2. Smart Weapons, CBU-105 and the next generation
3. Bell new helicopters
4. Cessna's trainers
5. Textron commitment to KSA

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Monday, November 26, 2012 6:36 AM
**To:** Boyamian, Avo; Mekhail, Tarek
**Subject:** Meeting with Minister of defense and/or His Depuaty

Dear Avo,

**SUBJECT: Meeting with HRH the Minister and HRH his Deputy:**

I am following up now with the Prince office and all other concerned to set up the meeting for the Chairman with HRH Prince Salman Bin Abdulaziz and his Deputy HRH Prince Khalid Bin Sultan Bin Abdulaziz.

The question now is they want a very brief paper on what need to be discussed with HRH. Please prepare for me few lines of what the Chairman wants to discuss with both Princes.

You may want to call me to explain this further.

I am pushing to have the meeting for Sunday.

**NUSUB: Meeting with HRH Commander of RSLF:**

The meeting has been agreed but I asked them to wait till we confirm the meeting with HRH Prince Salman and Prince Khalid. I don't want to have a conflict of times between the Minister's appointment and RSLF Commander's – They understand my reasoning and agreed but I have to let them know by Wednesday.

For this meeting, RSLF Commander has already directed his Deputy to bring in other senior officers from RSLF to attend the meeting with him and his Deputy.

This is for your information.

I will wait for your call.

Rgds,

Mansour

| | |
|---|---|
| **From:** | Boyle, Thomas <tboyle@systems.textron.com> |
| **Sent:** | Monday, November 26, 2012 3:29 PM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: Chairman's Visit |

Mansour:

I think his e-mail got hacked, so he had to change it. If you don't mind I will ask as I want to ask some additional questions. If we do not hear back from him, then I will ask you to call him.

Tom

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Monday, November 26, 2012 3:24 PM
**To:** Boyle, Thomas
**Subject:** Re: Chairman's Visit

Thank you Tom,

I just checked my contacts and it's the same as I have. Perhaps his mail box is full and that's why can' receive any emails.

I will call him tomorrow to get his e-mail and send it to you.

Do you want me to fix up a meeting with him for Scott and when? Or you want to do it?

Let me know.

Regards,

Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 26, 2012, at 20:39, "Boyle, Thomas" <tboyle@systems.textron.com> wrote:

> Mansour:
>
> Hello, the email I have is : hsugair@hotmail.com  He has a new one from what I have been told.
>
> Thank you
>
> Tom

---

> **From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
> **Sent:** Monday, November 26, 2012 2:11 PM
> **To:** Boyle, Thomas
> **Subject:** Re: Chairman's Visit
>
> Dear Tom,
> Greetings. I will check his e-mail tomorrow and revert back to you. Please send me the e-mail you have for Hamad to verify what my office has.
> Rgds,
> Mansour
>
> Sent from Mansour Al-Tassan (ASASCO) iPad
>
> On Nov 26, 2012, at 14:43, "Boyle, Thomas" <tboyle@systems.textron.com> wrote:
>
>> Mansour:
>>
>> General Sugair's e-mail address has changed, could you please ask your Riyadh office to provide to me ?
>>
>> Thank you
>>
>> Tom

---

>> **From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
>> **Sent:** Sunday, November 25, 2012 6:15 PM
>> **To:** Boyle, Thomas
>> **Cc:** Boyamian, Avo; Mekhail, Tarek; Wallan, Saad F.
>> **Subject:** Re: Chairman's Visit
>>
>> Dear Avo and Tom,
>>
>> Tom: If General Sugair works in the afternoon, I would suggest to make the meeting with him then during any of the 3 days available for Scott as I am working on two important appointments.
>>
>> For your information, I think he works afternoon's as I met him on two occasions then. If not, you may want to make it early in the morning before 09:30 am or wait till this Tuesday so, I hope would have the remaining appointments set.
>>
>> With best regards,
>>
>> Mansour
>>
>> Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 25, 2012, at 23:34, "Boyle, Thomas" <tboyle@systems.textron.com> wrote:

Avo

I will ask for the meeting based on your requested schedule.

Tom.

Tom

---

**From**: Boyamian, Avo
**Sent**: Sunday, November 25, 2012 10:04 AM
**To**: Mansour Al-Tassan < altassan@asasco.com> ; Mekhail, Tarek
**Cc**: Wallan, Saad F.; Boyle, Thomas
**Subject**: RE: Chairman's Visit

Gentlemen,

Greetings,
Thanks for your good efforts and thanks for the meeting appointment with Lt. General Al Ayesh.
I will be looking forward to receive confirmations for the others as well.

This is to confirm that I received a letter from Dr. Mohammad Al Jassir, apologizing for not being able to meet with Mr. Donnelly and suggesting that we meet with MGen. ( R ) Hammad Al Sughair. I asked Tom Boyle to set up the meeting appointment. Will keep you posted when the appointment is confirmed.

Thank you Once again,
Avo

---

**From**: Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent**: Sunday, November 25, 2012 6:59 AM
**To**: Mekhail, Tarek
**Cc**: Boyamian, Avo; Wallan, Saad F.
**Subject**: RE: Chairman's Visit

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From**: Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent**: 25 November, 2012 7:55 AM
**To**: fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan

**Cc:** Boyamian, Ara
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

| | |
|---|---|
| **From:** | Boyle, Thomas <tboyle@systems.textron.com> |
| **Sent:** | Monday, November 26, 2012 2:39 PM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: Chairman's Visit |

Mansour:

Hello, the email I have is : hsugair@hotmail.com  He has a new one from what I have been told.

Thank you

Tom

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Monday, November 26, 2012 2:11 PM
**To:** Boyle, Thomas
**Subject:** Re: Chairman's Visit

Dear Tom,
Greetings. I will check his e-mail tomorrow and revert back to you. Please send me the e-mail you have for Hamad to verify what my office has.
Rgds,
Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 26, 2012, at 14:43, "Boyle, Thomas" <tboyle@systems.textron.com> wrote:

> Mansour:
>
> General Sugair's e-mail address has changed, could you please ask your Riyadh office to provide to me ?
>
> Thank you
>
> Tom

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:15 PM
**To:** Boyle, Thomas
**Cc:** Boyamian, Avo; Mekhail, Tarek; Wallan, Saad F.
**Subject:** Re: Chairman's Visit

Dear Avo and Tom,

Tom: If General Sugair works in the afternoon, I would suggest to make the meeting with him then during any of the 3 days available for Scott as I am working on two important appointments.

For your information, I think he works afternoon's as I met him on two occasions then. If not, you may want to make it early in the morning before 09:30 am or wait till this Tuesday so, I hope would have the remaining appointments set.

With best regards,

Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 25, 2012, at 23:34, "Boyle, Thomas" <tboyle@systems.textron.com> wrote:

> Avo
>
> I will ask for the meeting based on your requested schedule.
>
> Tom.
>
> Tom

---

**From:** Boyamian, Avo
**Sent:** Sunday, November 25, 2012 10:04 AM
**To:** Mansour Al-Tassan < altassan@asasco.com >; Mekhail, Tarek
**Cc:** Wallan, Saad F.; Boyle, Thomas
**Subject:** RE: Chairman's Visit

Gentlemen,

Greetings,
Thanks for your good efforts and thanks for the meeting appointment with Lt. General Al Ayesh.
I will be looking forward to receive confirmations for the others as well.

This is to confirm that I received a letter from Dr. Mohammad Al Jassir, apologizing for not being able to meet with Mr. Donnelly and suggesting that we meet with MGen. ( R ) Hammad Al Sughair. I asked Tom Boyle to set up the meeting appointment. Will keep you posted when the appointment is confirmed.

Thank you Once again,
Avo

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:59 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Monday, November 26, 2012 1:16 PM |
| **To:** | Fahad Wallan |
| **Cc:** | Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F. |
| **Subject:** | RE: Chairman's Visit |

Fahad, Okay, thank you.
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 12:58 PM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek ,

I'm afraid Not.  When we talked with HRHP Sultan , Meeting will be n Prince office.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 26 November 2012 17:59
**To:** Fahad Wallan
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Fahad, Thank you for this information…I believe we talked about an evening event with him…correct?

V/R
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 9:56 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations

Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7732 (20121126) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

**From:**  Fahad Wallan <fahad@wallanaviation.com>
**Sent:**  Monday, November 26, 2012 12:58 PM
**To:**  'Mekhail, Tarek'
**Cc:**  'Boyamian, Avo'; 'Mansour Al-Tassan'; 'Wallan, Saad F.'; fahad@Wallanaviation.com
**Subject:**  RE: Chairman's Visit

Tarek ,

I'm afraid Not.  When we talked with HRHP Sultan , Meeting will be n Prince office.

Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 26 November 2012 17:59
**To:** Fahad Wallan
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Fahad, Thank you for this information...I believe we talked about an evening event with him...correct?

V/R
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 9:56 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.

Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com


_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com


_____ Information from ESET NOD32 Antivirus, version of virus signature database 7732 (20121126) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Monday, November 26, 2012 9:59 AM |
| **To:** | Fahad Wallan |
| **Cc:** | Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F. |
| **Subject:** | RE: Chairman's Visit |

Fahad, Thank you for this information…I believe we talked about an evening event with him…correct?

V/R
Tarek


Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 9:56 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com


_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

CONFIDENTIAL

ASASCO-A002521

**From:**      Fahad Wallan <fahad@wallanaviation.com>
**Sent:**      Monday, November 26, 2012 9:56 AM
**To:**        'Mekhail, Tarek'
**Cc:**        'Boyamian, Avo'; 'Mansour Al-Tassan'; 'Wallan, Saad F.'; fahad@Wallanaviation.com
**Subject:**   RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com


_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

| | |
|---|---|
| **From:** | Boyle, Thomas <tboyle@systems.textron.com> |
| **Sent:** | Monday, November 26, 2012 8:44 AM |
| **To:** | Mansour Al-Tassan |
| **Subject:** | RE: Chairman's Visit |

Mansour:

General Sugair's e-mail address has changed, could you please ask your Riyadh office to provide to me ?

Thank you

Tom

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:15 PM
**To:** Boyle, Thomas
**Cc:** Boyamian, Avo; Mekhail, Tarek; Wallan, Saad F.
**Subject:** Re: Chairman's Visit

Dear Avo and Tom,

Tom: If General Sugair works in the afternoon, I would suggest to make the meeting with him then during any of the 3 days available for Scott as I am working on two important appointments.

For your information, I think he works afternoon's as I met him on two occasions then. If not, you may want to make it early in the morning before 09:30 am or wait till this Tuesday so, I hope would have the remaining appointments set.

With best regards,

Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 25, 2012, at 23:34, "Boyle, Thomas" <tboyle@systems.textron.com> wrote:

> Avo
>
> I will ask for the meeting based on your requested schedule.
>
> Tom.
>
> Tom
>
> ---
>
> **From:** Boyamian, Avo
> **Sent:** Sunday, November 25, 2012 10:04 AM
> **To:** Mansour Al-Tassan < altassan@asasco.com > ; Mekhail, Tarek
> **Cc:** Wallan, Saad F.; Boyle, Thomas
> **Subject:** RE: Chairman's Visit
>
> Gentlemen,
>
> Greetings,
> Thanks for your good efforts and thanks for the meeting appointment with Lt. General Al Ayesh.
> I will be looking forward to receive confirmations for the others as well.
>
> This is to confirm that I received a letter from Dr. Mohammad Al Jassir, apologizing for not being able to meet with Mr. Donnelly and suggesting that we meet with MGen. ( R ) Hammad Al Sughair. I asked Tom Boyle to set up the meeting appointment. Will keep you posted when the appointment is confirmed.
>
> Thank you Once again,
> Avo
>
> ---
>
> **From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
> **Sent:** Sunday, November 25, 2012 6:59 AM
> **To:** Mekhail, Tarek
> **Cc:** Boyamian, Avo; Wallan, Saad F.
> **Subject:** RE: Chairman's Visit
>
> Dear Tarek and all,
>
> Good day,
>
> This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:
>
> I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.
>
> The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

| | |
|---|---|
| **From:** | Mekhail, Tarek <tmekhail@aai.textron.com> |
| **Sent:** | Monday, November 26, 2012 8:30 AM |
| **To:** | Mansour Al-Tassan; Boyle, Thomas |
| **Cc:** | Boyamian, Avo; Wallan, Saad F. |
| **Subject:** | RE: Chairman's Visit |

Tom,
Please read Mansour's e-mail below.
Regards Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Monday, November 26, 2012 8:11 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; Wallan, Saad F.
**Subject:** Re: Chairman's Visit

Dear all,

Hoping all well.

As reported, almost all appointments as planned are fixed but waiting for one last confirmation of the time from the Minister's office.

This morning and early afternoon following series of communications with HRH's office, Chief of General Staff's office, RSAF and the Head of Public Affairs at MD, it was agreed to fix the meeting with both HRH's but trying to allocate the time and confirm it.

For your information, I am pushing hard to make both appointments for Sunday as both HRH's are in the same office. This way will keep the Chairman busy on Sunday too - Wish me luck!

Tarek: Let's try to get the meeting with General Hamad Al-Sugair any day in the afternoon if possible, I am sure you appreciate that I want to have more available times during the morning's of Saturday and Sunday to avoid any chances of time conflicts, especially we are dealing with VVIP's.

I am on my I pad and don' have Tom Boyle email, can you please ask Tom to work on Hamad appointment but if you wish I can do that too as I know Hamad very well.

This for your kind observation.

Avo: I am waiting for your call.

Rgds,

Mansour

Sent from Mansour Al-Tassan (ASASCO) iPad

On Nov 26, 2012, at 5:45, "Mekhail, Tarek <tmekhail@aai.textron.com> wrote:

> Mansour,
> Thanks for the update. Attached is a copy of the latest itinerary for Scott's visit…I will continue to update this as information comes in.
>
> I think we need to pay particular attention to Sunday 2 Dec…we have no appointment that day thus far. We may want to consider the meeting General Hamad Al-Sugair of the Economic Offset on Sunday…your thoughts?
>
> Again Thank you all for your support.
>
> Tarek
>
> Tarek Mekhail
> Regional Vice President
> Middle East Operations
> Unmanned Aircraft Systems
> AAI Corporation
>
> U.S. Cell: 410-463-0045
> KSA Cell: (966) 55-028-3320
> tmekhail@aai.textron.com

---

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Sunday, November 25, 2012 6:59 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Tarek and all,

Good day,

This is an update on the meetings confirmations of Mr. Scott Donnelly and further to our two phone calls of today, please note the following:

I am pleased to report that the meeting with HE Lt. General Mohammed Al-Ayesh (Commander of RSAF) has been confirmed for 10 am on Saturday December 1, 2012 at RSAF HQ.

The meeting with HRH Lt. General Khalid Bin Bandar Bin Abdulaziz (Commander RSLF) is being confirmed and should hear from them tomorrow morning.

For your own information, Prince Khalid Bin Bandar just returned from the United States following his surgery (Back ??).

However, I am still working aggressively and diligently on the appointments with both HRH Prince Salman Bin Abdulaziz – Crown Prince, Deputy Premier and Minister of Defense and HRH Prince Khalid Bin Sultan Bin Abdulaziz – Vice Minister of Defense as I have been assured (This morning) that perhaps the meeting with HRH Prince Khalid Bin Sultan may be confirmed tomorrow or after. It is on progress as of now.

Furthermore, we received a regret letter (Attached) from the Minister of Economy and Planning & Head of Saudi Economic Offset (Dr. Mohammed Al-Jassir) – In this letter, he asked if we want to meet with General Hamad Al-Sugair of the Economic Offset. This letter may have been sent to Avo by e-mail or fax.

This is for your kind information.

Rgds,

Mansour
Paris, France

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November, 2012 7:55 AM
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

<Visit of Mr. Scott Donnelly.docx>

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Monday, November 26, 2012 8:18 AM |
| **To:** | Mansour Al-Tassan; Mekhail, Tarek |
| **Subject:** | RE: Meeting with Minister of defense and/or His Deputy |

Discussion Points with  HRH:

1. UAS Program with local manufacturing in the KSA
2. Smart Weapons, CBU-105 and the next generation
3. Bell new helicopters
4. Cessna's trainers
5. Textron commitment to KSA

**From:** Mansour Al-Tassan [mailto:altassan@asasco.com]
**Sent:** Monday, November 26, 2012 6:36 AM
**To:** Boyamian, Avo; Mekhail, Tarek
**Subject:** Meeting with Minister of defense and/or His Depuaty

Dear Avo,

**SUBJECT: Meeting with HRH the Minister and HRH his Deputy:**

I am following up now with the Prince office and all other concerned to set up the meeting for the Chairman with HRH Prince Salman Bin Abdulaziz and his Deputy HRH Prince Khalid Bin Sultan Bin Abdulaziz.

The question now is they want a very brief paper on what need to be discussed with HRH. Please prepare for me few lines of what the Chairman wants to discuss with both Princes.

You may want to call me to explain this further.

I am pushing to have the meeting for Sunday.

**NUSUB: Meeting with HRH Commander of RSLF:**

The meeting has been agreed but I asked them to wait till we confirm the meeting with HRH Prince Salman and Prince Khalid. I don't want to have a conflict of times between the Minister's appointment and RSLF Commander's – They understand my reasoning and agreed but I have to let them know by Wednesday.

For this meeting, RSLF Commander has already directed his Deputy to bring in other senior officers from RSLF to attend the meeting with him and his Deputy.

This is for your information.

I will wait for your call.

Rgds,

Mansour

| | |
|---|---|
| **From:** | Fahad Wallan <fahad@wallanaviation.com> |
| **Sent:** | Thursday, November 29, 2012 11:15 AM |
| **To:** | 'Boyamian, Avo' |
| **Cc:** | 'Mansour Al-Tassan'; 'Wallan, Saad F.'; 'Mekhail, Tarek'; fahad@Wallanaviation.com |
| **Subject:** | RE: Chairman's Visit |

Dear Avo,

With ref. to your below email & further to phone call conversation,      Flight has been rescheduled to depart at 12:30LT (0830GMT) from Dubai Airport  instead of Al Bateen Airport/Abu Dhabi. A new schedule as following :-

Operator          / Wallan Aviation
A/C Callsign     /  N96RX
A/C Reg.          /  N96RX
A/C Type         /  C750

SKD

FRI 30th Nov 2012
ETD OERK 0600Z          ETA OMDB 0730Z          FRY
ETD OMDB 0830Z          ETA OERK 1000Z          LIVE


Arrival and Departure Dubai Airport via ExecuJet Aviation, Tel  : +971 4 601 6363  Fax : +971 4 299 7818  Mob: +971562162302

Crew.
Capt. Charles C  Feaga     Cell +966500041855.
Capt. Claudio Varo           Cell +966 500109798.


Have a nice trip.



Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Boyamian, Avo [mailto:ABoyamia@SYSTEMS.TEXTRON.com]
**Sent:** 29 November 2012 18:11
**To:** Fahad Wallan; Mekhail, Tarek
**Cc:** 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Fahad,

Greetings from Abu Dhabi,

Around 15 minutes ago a very important  meeting appointment popped up, to have a meeting in Dubai tomorrow on Friday November 30 at 9:00 AM in Dubai. We plan to attend the meeting at 9:00 AM in Dubai and depart Dubai to Abu Dhabi at 10:00 AM to catch our Wallan Aviation flight. To be on the safe side, will appreciate your confirmation to have departure of the flight at 12:15 in stead of 11:15. Please confirm.

Thanks a lot
Avo

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 12:58 PM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek ,

I'm afraid Not.  When we talked with HRHP Sultan , Meeting will be n Prince office.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.

CONFIDENTIAL
ASASCO-A002528

CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 26 November 2012 17:59
**To:** Fahad Wallan
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Fahad, Thank you for this information…I believe we talked about an evening event with him…correct?

V/R
Tarek


Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 9:56 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek


Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com


_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7732 (20121129) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7744 (20121129) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, November 29, 2012 10:11 AM |
| **To:** | Fahad Wallan; Mekhail, Tarek |
| **Cc:** | 'Mansour Al-Tassan'; Wallan, Saad F. |
| **Subject:** | RE: Chairman's Visit |

Dear Fahad,

Greetings from Abu Dhabi,

Around 15 minutes ago a very important  meeting appointment popped up, to have a meeting in Dubai tomorrow on Friday November 30 at 9:00 AM in Dubai. We plan to attend the meeting at 9:00 AM in Dubai and depart Dubai to Abu Dhabi at 10:00 AM to catch our Wallan Aviation flight. To be on the safe side, will appreciate your confirmation to have departure of the flight at 12:15 in stead of 11:15. Please confirm.

Thanks a lot
Avo

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 12:58 PM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek ,

I'm afraid Not.  When we talked with HRHP Sultan , Meeting will be n Prince office.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 26 November 2012 17:59
**To:** Fahad Wallan
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Fahad, Thank you for this information...I believe we talked about an evening event with him...correct?

V/R
Tarek


**Tarek Mekhail**
**Regional Vice President**
**Middle East Operations**
**Unmanned Aircraft Systems**
**AAI Corporation**

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 9:56 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.

CONFIDENTIAL
ASASCO-A002531

CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7732 (20121126) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

| | |
|---|---|
| **From:** | Boyamian, Avo <ABoyamia@SYSTEMS.TEXTRON.com> |
| **Sent:** | Thursday, November 29, 2012 11:51 AM |
| **To:** | 'fahad@wallanaviation.com' |
| **Cc:** | 'altassan@asasco.com'; Wallan, Saad F.; Mekhail, Tarek |
| **Subject:** | Re: Chairman's Visit |

Dear Fahad
Thank you

Avo

---

**From**: Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent**: Thursday, November 29, 2012 11:15 AM
**To**: Boyamian, Avo
**Cc**: 'Mansour Al-Tassan' <altassan@asasco.com>; Wallan, Saad F.; Mekhail, Tarek; fahad@Wallanaviation.com <fahad@Wallanaviation.com>
**Subject**: RE: Chairman's Visit

Dear Avo,

With ref. to your below email & further to phone call conversation,       Flight has been rescheduled to depart at 12:30LT (0830GMT) from Dubai Airport  instead of Al Bateen Airport/Abu Dhabi. A new schedule as following :-

Operator        / Wallan Aviation
A/C Callsign   /  N96RX
A/C Reg.        /  N96RX
A/C Type       /  C750

SKD

FRI 30ᵗʰ Nov 2012
ETD OERK 0600Z          ETA OMDB 0730Z          FRY
ETD OMDB 0830Z          ETA OERK 1000Z          LIVE


Arrival and Departure Dubai Airport via ExecuJet Aviation, Tel  : +971 4 601 6363  Fax : +971 4 299 7818  Mob: +971562162302

Crew.
Capt. Charles C  Feaga     Cell +966500041855.
Capt. Claudio Varo          Cell +966 500109798.


Have a nice trip.



Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Boyamian, Avo [mailto:ABoyamian@SYSTEMS.TEXTRON.com]
**Sent:** 29 November 2012 18:11
**To:** Fahad Wallan; Mekhail, Tarek
**Cc:** 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Dear Fahad,

Greetings from Abu Dhabi,

Around 15 minutes ago a very important  meeting appointment popped up, to have a meeting in Dubai tomorrow on Friday November 30 at 9:00 AM in Dubai. We plan to attend the meeting at 9:00 AM in Dubai and depart Dubai to Abu Dhabi at 10:00 AM to catch our Wallan Aviation flight. To be on the safe side, will appreciate your confirmation to have departure of the flight at 12:15 in stead of 11:15. Please confirm.

Thanks a lot
Avo

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 12:58 PM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek ,

I'm afraid Not. When we talked with him Sultan , Meeting will be in Prince office.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 26 November 2012 17:59
**To:** Fahad Wallan
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.
**Subject:** RE: Chairman's Visit

Fahad, Thank you for this information...I believe we talked about an evening event with him...correct?


V/R
Tarek


Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

---

**From:** Fahad Wallan [mailto:fahad@wallanaviation.com]
**Sent:** Monday, November 26, 2012 9:56 AM
**To:** Mekhail, Tarek
**Cc:** Boyamian, Avo; 'Mansour Al-Tassan'; Wallan, Saad F.; fahad@Wallanaviation.com
**Subject:** RE: Chairman's Visit

Tarek,

The meeting with HRHP Prince Sultan bin Salman bin Abdulaziz, President of SCTA (Saudi Commission for Tourism and Antiquities) has been confirmed.

Time TBA.


Thank you & Best Regards

Fahad Wallan
Vice President /Operations
Wallan Aviation
Cessna Authorized Sales Representative Middle East Countries.
Cessna Authorized Service Facility.
CPC Wallan Flying School
Authorized Bell Helicopter Independent Representative for Saudi Arabia
Riyadh, Saudi Arabia
Tel +966-9200-1-8585 Ex 105 Fax +966-9200-1-8484
Cell +966-504497112

---

**From:** Mekhail, Tarek [mailto:tmekhail@aai.textron.com]
**Sent:** 25 November 2012 07:55
**To:** fahad@wallanaviation.com; Wallan, Saad F.; Mansour Al-Tassan
**Cc:** Boyamian, Avo
**Subject:** Chairman's Visit

Gentlemen, any updates on appointments for Scott's visit to Saudi Arabia?

Thank You
Tarek

Tarek Mekhail
Regional Vice President
Middle East Operations
Unmanned Aircraft Systems
AAI Corporation

U.S. Cell: 410-463-0045
KSA Cell: (966) 55-028-3320
tmekhail@aai.textron.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7728 (20121124) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7732 (20121126) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

_____ Information from ESET NOD32 Antivirus, version of virus signature database 7744 (20121129) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com